LAW DEPARTMENT
MICHAEL A. GARVIN
CITY COUNSELOR

FRANCIS G. SLAY
Mayor



MUNICIPAL COURT DIVISION
1520 Market, Room 1062
St. Louis, MO 63103-2638
(314) 657-1844
Facsimile: (314) 613-3183

R E L E A S E

I, _____, for and in consideration of ONE DOLLAR ($1.00), hereby acknowledged as received, and other valuable consideration do hereby release from any and all liability arising from my arrest of _____, at _____ in the City of St. Louis for the charge of _____ as reflected in police report number _____ the City of St. Louis and the Metropolitan Police Department and all officers and employees of said Police Department and further promise, covenant, and agree not to make, institute, or bring any claim, suit, or cause of action against any of the above relative to said incident.

Date _____

Witness _____