**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **DAVID WHITT,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| **v.** | )          **Case No. 4:18-CV-01294** |
| | ) |
| **CITY OF ST. LOUIS, et al.,** | ) |
| | ) |
| DEFENDANT. | ) |

**MOTION TO DISMISS COUNT II**
**BY DEFENDANTS LINHORST, KARNOWSKI, AND SHAW**

COME NOW Defendants Officer Ryan J. Linhorst, Sergeant Matthew T. Karnowski, and

Officer Matthew A. Shaw ("Defendants"), through counsel, and moves this Court to dismiss this

action against them for failure to state a claim upon which relief can be granted under Federal

Rule of Civil Procedure 12(b)(6).  In support, Defendants state the following:

1.       Plaintiff fails to state a claim in Count II against Defendants upon which Plaintiff

may obtain relief from this Court or any other.  Fed. R. Civ. P. 12(b)(6).

2.       Taking Plaintiff's allegations against Defendants as true, and construing those

allegations in a light most favorable to Plaintiff, Plaintiff still fails to sufficiently allege

facts entitling Plaintiff to relief.  *Kottschade v. City of Rochester,* 319 F.3d 1038, 1040

(8th Cir. 2003).

3.       Defendants submit herewith a memorandum in support of their motion, which sets

out the relevant arguments and citations to authority on which Defendants rely.

WHEREFORE, Defendants Officer Ryan J. Linhorst, Sergeant Matthew T. Karnowski,

and Officer Matthew A. Shaw pray the Court grant their Motion to Dismiss for Failure to State a

Claim with prejudice, and for any further relief the Court deems just and reasonable.

Respectfully Submitted,

JULIAN BUSH
CITY COUNSELOR

By: /s/ Abby Duncan
Abby Duncan #67766MO
Erin K. McGowan #64020MO
1200 Market Street, Room 314
City Hall
St. Louis, Mo  63103
(314) 622-4694
(314) 622-4956 fax
DuncanA@stlouis-mo.gov
McGowanE@stlouis-mo.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was electronically filed on September 14, 2018 with the Court for service by means of Notice of Electronic Filing upon all attorneys of record.


/s/ Abby Duncan