Case: 4:18-cv-01294-RLW   Doc. #: 38-2   Filed: 10/03/18   Page: 1 of 1 PageID #: 220

# INFORMATION

Printed: 10/06/2016

**ST. LOUIS MUNICIPAL DIVISION, 22ND JUDICIAL CIRCUIT, STATE OF MISSOURI**

Court Appearance Date: November 09, 2016   09:00 AM    Courtroom: 1

City of St. Louis, Plaintiff

VS.

DAVID J WHITT, Defendant
5143 WELLS
ST LOUIS MO 63113

Date Filed: 10/06/2016
Case Number: D00646137-4
Arrest #: 16/013547
Complaint #: 16-039122

| Race: B | Sex: M | Weight: 160 | Height: 6'1" | Age: 36 | DOB: 10/29/1979 |

On information, the undersigned City Counselor within and for St. Louis, Missouri, informs the Court that on or about the 8th day of August 2016, within the corporate limits of St. Louis, Missouri, at or near 5048 WELLS the above-named defendant DID THEN AND THERE:

unlawfully hinder, obstruct or interfere with P O LINHORST, a City Officer and member of the Metropolitan Police Force of the City of St. Louis, while in the discharge of his official duties.

In violation of Section(s) 15.10.010, Revised Code of the City of St. Louis, 1994.

**Witnesses**
7175 / 305 - LINHORST, RYAN J - Issuer

On information, undersigned prosecutor on their oath of office, informs the Court that the above facts are true as they believe.

_[signature]_
Assistant/Associate Prosecutor, City of St. Louis, Missouri