**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID WHITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-1294 |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Shaleen Morales and respectfully moves to withdraw as counsel in the above-named matter for good cause shown. The undersigned will be departing from the Roderick and Solange MacArthur Justice Center on January 11, 2019. In addition, other counsel from the MacArthur Justice Center will remain engaged in this matter.

Date: January 11, 2019

Respectfully submitted,

By: /s/ Shaleen Morales
Shaleen Morales, #70559
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
shaleen.morales@macarthurjustice.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2019, a true and correct copy of the foregoing notice was electronically filed using the Court's online case filing system, which will send notice to all counsel of record.                          By: /s/ Shaleen Morales