UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WHITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18CV1294 RLW |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL**

Pursuant to the Memorandum and Order entered this day,

**IT IS HEREBY ORDERED** that Count VIII *only* of Plaintiff David Whitt's First Amended Complaint against Defendants Ryan J. Linhorst and Bobby D. Baine is **DISMISSED without prejudice**. All other claims remain pending.

Dated this 14th day of August, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**