UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DAVID WHITT

_____
Plaintiff(s),

vs.

CITY OF ST. LOUIS, et al.

_____
Defendant(s).

)
)
)
)
)
)
)
)
)

Case No. ___4:18-cv-01294-RLW___

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated ___September 11, 2020___ the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:      Stephen C. Williams

Firm Name and Address:      Kuehn, Beasley & Young, P.C.
23 South 1st Street
Belleville, IL 62220

Telephone & FAX Number:      618-277-7260 / fax: 618-277-7718

**The attorneys of record in this case are:**

Name of Lead Counsel:      W. Patrick Mobley & Amy E. Breihan

Firm Name and Address:      Roderick & Solange MacArthur Justice Center
3115 S. Grand Blvd., Suite 300
St. Louis, MO 63188

Telephone & FAX Number:      314-254-8540 / fax: 314-254-8547

Name of Other Counsel:      Abby Duncan

Firm Name and Address:

Julian Bush, City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO 63103

Telephone & FAX Number:            314-622-4694 / fax: 314-622-4956

**The completion deadline for this ADR referral is** October 9, 2020

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:      October 6,                                                    2020

Time of Conference:      9:00 a.m.                                                    a/p.m.

Location of Conference (Check One):

☐   Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒   Other Location:       Virtually via videoconference & phone conference due to COVID-19

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

9/21/2020
Date

/s/ Amy E. Breihan

Amy E. Breihan, MO Bar No. 65499

Signature of Plaintiff(s)

 /s/ Abby Duncan (w/ consent)

Signature of Defendant(s)