UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WHITT, | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| v. | )    No. 4:18-CV-01294-RLW |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
|     Defendant(s). | ) |
| | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo.  L. R.  6.03, the Clerk of the court hereby notifies

    Name of Neutral/Firm:    WILLIAMS, STEPHEN C.

    Firm Address:    23 S. 1st Street Belleville, IL  62220

    Email:    swilliams@kuehnlawfirm.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

    Lead Counsel:    William Patrick Mobley (for pla)
    RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
    3115 South Grand Blvd.
    Ste 300
    St. Louis, MO  63118
    Ph: 314-254-8540  FAX: 314-254-8547

    Other Counsel:    Abby J. Duncan (for dft)
    ST. LOUIS CITY COUNSELORS OFFICE - 2
    1200 Market Street
    Room 314
    St. Louis, MO  63103
    Ph: 314-622-3361  FAX: 314-622-4956

**The completion deadline for this ADR referral is October 9, 2020.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

September 22, 2020.  
Date

*Gregory J. Linhares*                    /  
Clerk of Court

By:   /s/ Abby Cordray         /  
ABBY CORDRAY  
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WHITT, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:18-CV-01294-RLW |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

#### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties [☐ did  ☐ did not] achieve a settlement. ***Check one***

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____   Neutral: _____

WILLIAMS, STEPHEN C.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WHITT, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:18-CV-01294-RLW |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN ANALTERNATIVE
DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                                  Email address:

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

_____         _____

Date_____ Neutral_____