**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DAVID WHITT, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Case No. 4:18-cv-1294 |
| CITY OF ST. LOUIS, et al., | ) ) ) |
|     Defendants. | ) |

**PLAINTIFF'S AMENDED NOTICE OF VIDEO DEPOSITION
PURSUANT TO FED. R. CIV. P. 30(B)(6)**

PLEASE TAKE NOTICE that Plaintiff will take oral depositions in the above-captioned matter pursuant to FED. R. CIV. P. 30(b)(6), to be recorded by stenographic and videographic means, at the office of counsel for Plaintiff, located at 3115 South Grand Blvd., Suite 300, St. Louis, Missouri. Defendants have been requested to designate the person or persons most knowledgeable and prepared to testify on behalf of the City of St. Louis concerning the subject matter described in **Exhibit A** hereto. The depositions will be held on the following dates and times, or on another date as mutually agreed upon by the parties, and will continue from day to day, excluding Sundays and court-recognized holidays, until the examination is completed:

1. William Brown, September 8, 2020, commencing at 1:00 pm;

2. Erica Preiss, September 9, 2020, commencing at 1:00 pm;

3. Rich Sykora, September 9, 2020, commencing at 3:00 pm; and

4. Jerome Baumgartner, September 10, 2020, commencing at 10:00 am.

Respectfully Submitted,

RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER

By: */s/ W. Patrick Mobley*
Amy E. Breihan, #65499MO
W. Patrick Mobley, #63636
3115 South Grand Blvd., Suite 300
St. Louis, MO 63118
Phone: (314) 254-8540
Fax: (314) 254-8547
amy.breihan@macarthurjustice.org
pat.mobley@macarthurjustice.org

Dated: September 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June 2020, a true and correct copy of the foregoing was emailed to the following counsel of record:

JULIAN BUSH, CITY COUNSELOR
Abby Duncan
Erin McGowan
City Hall, Room 314
St. Louis, MO 63103
duncana@stlouis-mo.gov
mcgowane@stlouis-mo.gov

By: */s/ W. Patrick Mobley*
One of Plaintiff's Attorneys

## EXHIBIT A

The person or persons designated by Defendant City of St. Louis, pursuant to Fed. R. Civ. P. 30(b)(6), must have the knowledge, experience, and authorization required to testify regarding the below topics. Capitalized terms not defined herein shall have the meaning assigned to them in Plaintiff's First Set of Interrogatories and First Set of Requests for Production to Defendant City of St. Louis, served on October 11, 2019.

1. The names, job titles, and responsibilities of all persons involved in any way in preparing or filing the Information attached as Exhibit B to the Complaint, including anyone involved in determining what to charge against Plaintiff.

2. The names, job titles, and responsibilities of all persons involved in any way in handling, examining, storing, operating, or retrieving data or files from Plaintiff's camcorder, which was seized by SLMPD when Plaintiff was arrested.

3. City and SLMPD policies and procedures regarding the maintenance of IAD files, including, but not limited to, policies and procedures regarding storage, digitization, and maintenance of the contents of the files.

4. The contents of IAD files produced in response to Plaintiff's First Request for Production.

5. The names, job titles, and responsibilities of the person(s) responsible, in whole or in part, for maintaining the IAD files described in paragraphs 4 and 5.

6. City and SLMPD policies, procedures, special orders, customs and directives regarding the arrest of persons engaged in First Amendment activity.

7. Policies and procedures relating to the enforcement of the City's interfering with a police officer ordinance (§ 15.10.010 of the St. Louis City Municipal Ordinance Code).

8. Any training or educational materials provided to or generated by SLMPD since January 1, 2016 relating to First Amendment Rights, civil unrest, or civil disobedience.

9. Any training or educational materials provided to or generated by SLMPD since January 1, 2016 relating to the City's interfering with a police officer ordinance (§ 15.10.010 of the St. Louis City Municipal Ordinance Code).

10. City and SLMPD policies and procedures relating to the filming of officers by citizens, including but not limited to Special Order 1-06.

11. Any training or educational materials provided to or generated by SLMPD since January 1, 2016 relating to the filming of police by citizens, as well as the names and job titles of any persons who lead or conducted said training.

12. Any efforts undertaken by the City to ensure its employees and agents do not infringe upon the rights of citizens to safely film police officers performing their duties.

13. Any efforts undertaken by SLMPD to ensure its officers and agents do not infringe upon the rights of citizens to safely film police officers performing their duties.

14. Any and all policies and procedures produced in response to Plaintiff's First Request for Production, served on October 11, 2019.

15. SLMPD's organizational structure and operational relationship with the City, between January 1, 2016 to present.

16. Any training or educational materials provided to or generated by SLMPD since January 1, 2016 relating to Special Order No. SO 1-06.

17. Any efforts undertaken by the City to ensure its employees and agents comply with Special Order No. SO 1-06.

18. Any efforts undertaken by SLMPD to ensure its officers and agents comply with Special Order No. SO 1-06.

19. Data or statistics maintained by SLMPD or the City relating to or reflecting, over the last six years: (a) the number of individuals arrested for taking video of police officers and charged with violation of § 15.10.010 of the St. Louis City Municipal Ordinance Code and b) the outcome of those charges.

20. The factual basis for the City's denial of allegations contained in Plaintiff's First Amended Complaint, specifically Paragraphs Nos. 19, 21, 24, 25, 26, 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, 38, 40, and 42