

# **Pohlman**USA®
## Court Reporting and Litigation Services

---

Erica Preiss

September 9, 2020

---

David Whitt v. City of St. Louis, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION


DAVID WHITT,                    )
                                )
            Plaintiff,          )
                                )
      vs.                       ) No. 4:18-cv-1294
                                )
CITY OF ST. LOUIS, et al.,      )
                                )
            Defendants.         )


MULTI-PLATFORM VIDEO CONFERENCE

DEPOSITION OF ERICA PREISS


Taken on behalf of Plaintiff

September 9, 2020


Kathy Heeb, CCR #1361


PohlmanUSA Court Reporting (877) 421-0099

```
 1                    INDEX OF EXAMINATION

 2   QUESTIONS BY MR. MOBLEY. . . . . . . . . . . .  4

 3


 4
                      INDEX OF EXHIBITS
 5
     NUMBER          DESCRIPTION                   PAGE
 6
     1               Notice of Deposition            7
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3
      DAVID WHITT,                )
 4                                )
                   Plaintiff,     )
 5                                )
          vs.                     ) No. 4:18-cv-1294
 6                                )
      CITY OF ST. LOUIS, et al.,  )
 7                                )
                   Defendants.    )
 8

 9
              DEPOSITION OF ERICA PREISS, produced,
10    sworn, and examined on behalf of Plaintiff, September
      9, 2020, commencing at 1:02 p.m. and concluding at
11    1:28 p.m., via telephone, before Kathy Heeb, a
      Certified Shorthand Reporter for the State of
12    Missouri.

13                   APPEARANCES VIA TELEPHONE

14    For Plaintiff:

15            RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
              BY:  W. PATRICK MOBLEY, ESQ.
16            3115 South Grand Boulevard, Suite 300
              St. Louis, Missouri 63118
17            (314) 254-8540

18    For Defendant:

19            JULIAN BUSH, CITY COUNSELOR
              BY:  ABBY DUNCAN, ESQ.
20            City Hall, Room 314
              St. Louis, Missouri 63103
21            (314) 622-4694

22

23

24

25
```

EXAMINATION BY MR. MOBLEY

```
 1            IT IS HEREBY STIPULATED AND AGREED by and

 2    between Counsel for the Plaintiff and Counsel for the

 3    Defendants, that this deposition may be taken in

 4    shorthand by Kathy Heeb, a Certified Shorthand

 5    Reporter, and afterwards transcribed into typewriting,

 6    and the signature of the witness is waived by

 7    agreement of counsel and the witness.

 8                        O-O-O

 9                    ERICA PREISS,

10         having been first duly sworn, was

11         examined and testified as follows:

12               * * * * * * * * * * *

13                    EXAMINATION

14    BY MR. MOBLEY:

15         Q.   Hi there.  Is it Miss Preiss or do you have

16    a title that you prefer to go by?

17         A.   Miss is fine.

18         Q.   Okay.  So my name is Pat Mobley.  I

19    represent the plaintiff, David Whitt, in this case.

20    And would you please just start by stating and

21    spelling your name for the record, please?

22         A.   Yes, it's Erica Preiss.  Erica spelled

23    E-r-i-c-a, and then Preiss is P-r-e-i-s-s.

24         Q.   Thank you.

25              And you understand that you're here to
```

EXAMINATION BY MR. MOBLEY

 1    testify on behalf of the City of St. Louis?

 2         **A.    I do.**

 3         Q.    One moment while I bring a document up.

 4              Miss Preiss, can you see the document in

 5    front of you?

 6         **A.    Yes.**

 7         Q.    Okay.  So this is the amended notice of

 8    deposition.  And as I scroll down, you are here to

 9    testify regarding topic No. 19, which reads:  Data or

10    statistics maintained by SLMPD or the City relating to

11    or reflecting over the last six years, A, the number

12    of individuals arrested for taking video of police

13    officers and charged with violation of section

14    15.10.010 of the St. Louis Municipal Ordinance Code;

15    and B, the outcome of those charges.

16              Does that sound right to you?

17         **A.    That's what I understand, yes.**

18         Q.    Great.  Thank you.

19              Have you ever been deposed before?

20         **A.    Yes, once before.  A few weeks ago.**

21         Q.    I'm sorry, your voice isn't coming through.

22         **A.    Okay.  Maybe let me try to take out the...**

23              MS. DUNCAN:  I can hear her.

24              THE WITNESS:  Can you hear me better?

25              MS. DUNCAN:  That's worse on my end.

EXAMINATION BY MR. MOBLEY

```
 1                 THE WITNESS:  And this is just as bad.

 2                 MS. DUNCAN:  That's better on my end.

 3                 THE WITNESS:  What about for Pat?

 4                 MR. MOBLEY:  I got nothing.

 5                 THE WITNESS:  That better?

 6                 MR. MOBLEY:  I still can't hear you.  I

 7     wonder if you're muted or something.

 8                 MS. DUNCAN:  No, I can hear her.

 9                 THE WITNESS:  I'm not muted.

10                 MR. MOBLEY:  Abby, can you hear her?

11                 MS. DUNCAN:  Yes.

12                 MR. MOBLEY:  So then it's on my end.

13                 THE WITNESS:  Are you dialed in on the

14     phone or the computer?  Because I don't have my

15     microphone on.

16                 MS. DUNCAN:  He should be through the

17     phone.

18                 THE WITNESS:  Yeah, I can't hear Abby

19     either.  I'm going to hang up and call in again

20     because I don't know what else would be keeping me

21     from hearing everything else, so it will just be a

22     moment.  I'm sorry about this.

23                 (Pause in proceedings.)

24           Q.   (BY MR. MOBLEY)  Have you been deposed

25     remotely before?
```

EXAMINATION BY MR. MOBLEY

1        **A.    A couple weeks ago I was deposed with the**
2  **same Adobe Connect.**
3        Q.   Okay.  So you may be a little familiar with
4  some of the difficulties that pop up, but, you know,
5  we just try to be patient with one another.  If
6  anything comes up where you can't hear me or anything
7  like that, you experience technical difficulties, let
8  us know right away and we will just do what we have to
9  do.
10          So to quickly get back to what --
11          MR. MOBLEY:  Kathy, I'd like to mark as P1,
12  which again is the deposition notice.
13          (Exhibit 1 is deemed marked.)
14        Q.   (BY MR. MOBLEY)  And you agreed that you're
15  prepared to testify on behalf of the City of St. Louis
16  to No. 19, is that correct?
17        **A.    Yes.**
18        Q.   And you mentioned that you've been deposed
19  remotely before.  About how many times have you been
20  deposed?
21        **A.    I think -- I don't know if it's technically**
22  **deposed.  I was like a specialist witness for a**
23  **federal case.  I don't know if that's the same.**
24        Q.   Okay.
25          So just like in a normal deposition, except

EXAMINATION BY MR. MOBLEY

1    that it's even more important when we're remote, we

2    have to try to not speak over each other.  Kathy is

3    trying to get down everything we say into the record,

4    so if we speak over one another, that makes it much

5    more difficult on her.

6              Similarly, please try to avoid nodding your

7    head or shaking your head no.  Say yes or no.  Even

8    um-hum and huh-uh can't really be reflected on the

9    record, so if it's a yes-or-no question, just please

10   say yes or no.

11             And if you don't understand a question, let

12   me know and I'll do my best to improve it to make it

13   easier for you to answer.  So if I ask a question and

14   you answer, can I assume you've understood it?

15   **A.   Yes.**

16        Q.   And if you don't know the answer to the

17   question, just tell us that.  You don't have to guess.

18   And if at any point you come up with a clarification

19   or additional information that you'd like to

20   supplement one of your answers, whether it's the one

21   you're currently giving or one from previous in the

22   deposition, feel free to supplement your answers at

23   any time.

24             And then of course I expect this will be a

25   very, very short deposition.  If we do need to take a

EXAMINATION BY MR. MOBLEY

1    break, if you need to take a break, let us know.  We

2    can accommodate that for sure.

3              So is there any reason that you can't give

4    accurate answers today?

5         **A.    I don't believe so.  I'm confident --**

6         Q.    What did you do -- excluding the contents

7    of your conversations with your attorney, what did you

8    do to prepare for the deposition today?

9         **A.    Whenever we received this document, I did a**

10   **search within our records management system which**

11   **houses our -- the SLMPD reports, and I did a search**

12   **for the contents of No. 19.**

13        Q.    Did you review the result of that search?

14        **A.    I was able to get a result set.  The record**

15   **management system, our vendor is Hexagon.  The**

16   **software is called I/LEADS.  It does not have any sort**

17   **of field or data entry point for officers to**

18   **specifically indicate someone was arrested for taking**

19   **a video of a police officer.  So to get this data, I**

20   **did a search for the violation of 1510010.  And that**

21   **resulted in over 400 incident reports.  I did not**

22   **review all of those.**

23        Q.    Okay.  And thank you for giving me all that

24   information.

25              Before we get into the meat of what we're

EXAMINATION BY MR. MOBLEY

 1    here to talk about, let me just ask you a few

 2    questions about you.

 3              What's the highest level of education that

 4    you've completed?

 5         A.   I have a master's degree in criminology and

 6    criminal justice from the University of Missouri

 7    St. Louis.

 8         Q.   Do you know what year you got your

 9    master's?

10         A.   I believe it was 2015.

11         Q.   And do you have any licenses or

12    certifications related to police work?

13         A.   No.

14         Q.   So you -- let's start with -- strike that.

15              So how long have you been working for

16    SLMPD?

17         A.   I've been working for seven years.

18         Q.   What was your first position?

19         A.   My first position, my title was business

20    analyst level 1.

21         Q.   How long were you a business analyst 1?

22         A.   I don't remember whenever city -- when the

23    city took back control over the police department.

24    Which at that time I think it was in 2014, my title

25    changed to systems analyst.

EXAMINATION BY MR. MOBLEY

1      Q.    What's your current title?

2      **A.    The same.  Systems analyst.**

3      Q.    Okay.

4            Have your duties been largely the same

5      since you started working for SLMPD?

6      **A.    Yes.**

7      Q.    Just briefly describe your roles and

8      responsibilities as a systems analyst.

9      **A.    I work with a team of other application**

10     **development specialists, and we create software for**

11     **the department.  I also administrate other softwares**

12     **that we purchase from vendors.  I troubleshoot**

13     **technical issues.  I conduct business analysis for the**

14     **police department whenever we're pursuing different**

15     **projects that have a scope within IT.  It's general IT**

16     **management.**

17     Q.    And so turning to the search that you did,

18     looking for the contents of No. 19, which is the

19     number of individuals arrested for videotaping police

20     and charged with a violation of 15.10.010, and then

21     the outcome of those charges.

22            So your testimony was that you searched for

23     those parameters, but the most specific parameter that

24     you could search by was the ordinance that was

25     violated, is that correct?

EXAMINATION BY MR. MOBLEY

```
 1        A.    Yes.

 2        Q.    And that yielded approximately 400 incident

 3   reports?

 4        A.    Yes.

 5        Q.    What was the time period -- I'm sorry.

 6   Strike that.

 7              Was there information in the database

 8   regarding the outcome of those charges?

 9        A.    Our management system, I/LEADS, does not

10   contain the outcome of those charges, so I was not

11   able to perform a search within the I/LEADS system to

12   get the outcomes of those charges.

13        Q.    Is there another system that does have the

14   outcomes of the charges?

15        A.    Yes.  That is a system called LEWeb Arrest

16   maintained by REJIS, and that's what SLMPD uses to

17   document the official arresting, as well as any of the

18   charges that they bring to present at the prosecutors.

19   And the outcome of whatever the prosecutors determine

20   at that time is what is captured in the LEWeb system.

21   We do not have any information about what the courts

22   have decided on those charges.

23        Q.    Okay.  Okay.

24              Do all incident reports that are entered

25   into I/LEADS wind up -- or are they also entered into
```

EXAMINATION BY MR. MOBLEY

```
 1    LEWeb?

 2        A.    No.  You would only enter arrest data into

 3    LEWeb arrest.  So if a person was arrested, that's

 4    when you would create a record in LEWeb Arrest.  An

 5    incident report documents a crime has occurred and

 6    basic incident data.

 7        Q.    Okay.

 8              So would you be able to search in LEWeb for

 9    arrests for violating 15.10.010?

10        A.    Yes.

11        Q.    And did you do that here?

12        A.    No.

13        Q.    Why not?

14        A.    Because we -- the condition, A, the number

15    of individuals arrested for taking a video wouldn't

16    have been captured in there.

17        Q.    It wasn't captured in I/LEADS either,

18    correct?

19        A.    Correct.  There is no stand-out data field

20    that would capture that, but if someone were to review

21    the narratives of those police reports, they could

22    identify any records that were responsive to that

23    request.

24        Q.    And so do the -- does the narrative not

25    make its way into LEWeb, then?
```

EXAMINATION BY MR. MOBLEY

 1        **A.    There is no narrative portion for the LEWeb**
 2   **Arrest system.**
 3        Q.    Okay.
 4             So if you were to put in all of the work
 5   that's necessary to provide the information that was
 6   requested in topic No. 19, about how many hours of
 7   labor do you suppose that would take?
 8        **A.    Well, I may not be best to speak on this,**
 9   **but we could -- we could get a listing of complaint**
10   **numbers, and -- that have that 1510010 charge on it,**
11   **and then someone would have to review those.  And I**
12   **don't know how long it would take whomever gets**
13   **assigned that task -- it would not be IT, it would be**
14   **someone -- some other team.  I don't know how long it**
15   **would take them to review the 400 reports to then give**
16   **IT a listing of, here are responsive complaint**
17   **numbers, and then we can take that data set and then**
18   **look it up in LEWeb to see what kind of outcomes on**
19   **the charges that are documented in LEWeb Arrest --**
20        Q.    I see.
21        **A.    -- jumping between --**
22        Q.    Yeah, I'm sorry, I interrupted you.  Go
23   ahead.
24        **A.    I just want to say it's kind of jumping**
25   **between different systems and different pieces because**

EXAMINATION BY MR. MOBLEY

1    **of the different tasks that have to happen.**

2        Q.   So is it accurate to say that the most time

3    intensive aspect that would be required is reviewing

4    the approximately 400 incident reports to find which

5    ones involved recording police?

6        **A.   In my opinion, yes.**

7        Q.   The data that exists in I/LEADS regarding

8    each of these cases, is there a usual amount for how

9    much data is contained in each entry?

10       **A.   I do not understand what.**

11       Q.   That was a bad question.

12           So if you found a particular -- well, let

13   me ask you this.  Is anything beyond incident reports

14   stored on I/LEADS?

15       **A.   It's a records management system, so it**

16   **also has external modules that are related to incident**

17   **report management.  So there is a case management**

18   **module for detectives to use.  There is master names,**

19   **master vehicles.  It's a standard record management**

20   **for policing system.**

21       Q.   So aside from an incident report, what else

22   might be included in I/LEADS regarding a particular

23   incident?

24       **A.   I'm not really understanding what you mean**

25   **aside from an incident report.  Maybe if you --**

EXAMINATION BY MR. MOBLEY

```
 1        Q.   Sure.

 2        A.   -- defined -- define to me what you think

 3   an incident report contains.

 4        Q.   Okay.  So I'm imagining an incident report

 5   is a list of pertinent information gathered by either

 6   the arresting officer or an investigating officer.

 7   Because I don't think digitally yet, I'm imagining a

 8   form, a piece of paper that has that information on

 9   it.  And so are there other sorts of forms or data

10   entry spaces that are not directly related to the

11   incident report but are in I/LEADS?

12        A.   So what I'm hearing you say is are there

13   fields within the software that don't get printed on

14   the physical copy of the incident report.  Like if

15   you --

16        Q.   Yes.

17        A.   -- ask SLMPD for a printed copy, are there

18   other fields?

19        Q.   Right.

20        A.   Yes.

21        Q.   What are some examples of those other

22   fields?

23        A.   Let me think.  I would have to probably

24   like go and review it, but...

25        Q.   If you can't come up with a specific
```

EXAMINATION BY MR. MOBLEY

1   example, that's okay.

2          How is information entered into I/LEADS?

3      **A.   Officers enter the information.**

4      Q.   [Inaudible].

5      **A.   I think you broke up on that.  I didn't**

6   **hear you.**

7      Q.   Do officers also enter information into

8   LEWeb?

9      **A.   Yes.**

10      Q.   Does every incident report in I/LEADS

11  contain or relate to, I suppose, a particular law or

12  ordinance that was allegedly violated?

13      **A.   No.  We have incident reports that contain**

14  **noncriminal incidences.  Like a --**

15          THE WITNESS:  Abby, were you talking?

16          MS. DUNCAN:  No, I'm sorry.

17          THE WITNESS:  Oh, okay.

18      **A.   We'll have incidents for like suicides or**

19  **something like that, noncriminal incidences.**

20          MR. MOBLEY:  Okay.  I have no further

21  questions.  Thank you, Miss Preiss.

22          MS. DUNCAN:  Erica, you can review your

23  transcript in this case, make sure that the court

24  reporter took down everything you said accurately, or

25  you can waive signature and trust that she's taken

EXAMINATION BY MR. MOBLEY

```
 1   everything down.  It's up to you as to whether you
 2   want to read or waive.
 3              THE WITNESS:  Can I say it now?
 4              MS. DUNCAN:  Sure, yes.
 5              THE WITNESS:  I'll waive.  I'll trust in
 6   the professionals.
 7
 8              (Whereupon the deposition concluded at
 9         1:28 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    REPORTER CERTIFICATE

 2

 3          I, KATHY HEEB, a Certified Shorthand

 4    Reporter, do hereby certify that there came before me

 5    via telephone,

 6                      ERICA PREISS

 7    who was by me first duly sworn; that the witness was

 8    carefully examined, that said examination was reported

 9    by myself, translated and proofread using

10    computer-aided transcription, and the above transcript

11    of proceedings is a true and accurate transcript of my

12    notes as taken at the time of the examination of this

13    witness.

14             I further certify that I am neither

15    attorney nor counsel for nor related nor employed by

16    any of the parties to the action in which this

17    examination is taken; further, that I am not a

18    relative or employee of any attorney or counsel

19    employed by the parties hereto or financially

20    interested in this action.

21             Dated this 16th day of September 2020

22

23    _____

24    Kathy Heeb, CSR, CLR

25
```

**A**

**Abby** 3:19 6:10,18 17:15
**able** 9:14 12:11 13:8
**accommodate** 9:2
**accurate** 9:4 15:2 19:11
**accurately** 17:24
**action** 19:16,20
**additional** 8:19
**administrate** 11:11
**Adobe** 7:2
**ago** 5:20 7:1
**agreed** 4:1 7:14
**agreement** 4:7
**ahead** 14:23
**al** 1:8 3:6
**allegedly** 17:12
**amended** 5:7
**amount** 15:8
**analysis** 11:13
**analyst** 10:20,21 10:25 11:2,8
**answer** 8:13,14,16
**answers** 8:20,22 9:4
**APPEARANCES** 3:13
**application** 11:9
**approximately** 12:2 15:4
**arrest** 12:15 13:2 13:3,4 14:2,19
**arrested** 5:12 9:18 11:19 13:3,15
**arresting** 12:17 16:6
**arrests** 13:9
**aside** 15:21,25
**aspect** 15:3
**assigned** 14:13
**assume** 8:14
**attorney** 9:7 19:15 19:18
**avoid** 8:6

**B**

**B** 5:15
**back** 7:10 10:23
**bad** 6:1 15:11
**basic** 13:6
**behalf** 1:14 3:10 5:1 7:15
**believe** 9:5 10:10
**best** 8:12 14:8
**better** 5:24 6:2,5

**beyond** 15:13
**Boulevard** 3:16
**break** 9:1,1
**briefly** 11:7
**bring** 5:3 12:18
**broke** 17:5
**BUSH** 3:19
**business** 10:19 10:21 11:13

**C**

**call** 6:19
**called** 9:16 12:15
**capture** 13:20
**captured** 12:20 13:16,17
**carefully** 19:8
**case** 4:19 7:23 15:17 17:23
**cases** 15:8
**CCR** 1:16
**CENTER** 3:15
**CERTIFICATE** 19:1
**certifications** 10:12
**Certified** 3:11 4:4 19:3
**certify** 19:4,14
**changed** 10:25
**charge** 14:10
**charged** 5:13 11:20
**charges** 5:15 11:21 12:8,10,12 12:14,18,22 14:19
**city** 1:8 3:6,19,20 5:1,10 7:15 10:22,23
**clarification** 8:18
**CLR** 19:24
**Code** 5:14
**come** 8:18 16:25
**comes** 7:6
**coming** 5:21
**commencing** 3:10
**complaint** 14:9,16
**completed** 10:4
**computer** 6:14
**computer-aided** 19:10
**concluded** 18:8
**concluding** 3:10
**condition** 13:14
**conduct** 11:13
**CONFERENCE** 1:11

**confident** 9:5
**Connect** 7:2
**contain** 12:10 17:11,13
**contained** 15:9
**contains** 16:3
**contents** 9:6,12 11:18
**control** 10:23
**conversations** 9:7
**copy** 16:14,17
**correct** 7:16 11:25 13:18,19
**counsel** 4:2,2,7 19:15,18
**COUNSELOR** 3:19
**couple** 7:1
**course** 8:24
**court** 1:1,25 3:1 17:23
**courts** 12:21
**create** 11:10 13:4
**crime** 13:5
**criminal** 10:6
**criminology** 10:5
**CSR** 19:24
**current** 11:1
**currently** 8:21

**D**

**data** 5:9 9:17,19 13:2,6,19 14:17 15:7,9 16:9
**database** 12:7
**Dated** 19:21
**David** 1:5 3:3 4:19
**day** 19:21
**decided** 12:22
**deemed** 7:13
**Defendant** 3:18
**Defendants** 1:9 3:7 4:3
**define** 16:2
**defined** 16:2
**degree** 10:5
**department** 10:23 11:11,14
**deposed** 5:19 6:24 7:1,18,20 7:22
**deposition** 1:12 2:6 3:9 4:3 5:8 7:12,25 8:22,25 9:8 18:8
**describe** 11:7
**DESCRIPTION**

2:5
**detectives** 15:18
**determine** 12:19
**development** 11:10
**dialed** 6:13
**different** 11:14 14:25,25 15:1
**difficult** 8:5
**difficulties** 7:4,7
**digitally** 16:7
**directly** 16:10
**DISTRICT** 1:1,2 3:1,1
**DIVISION** 1:3 3:2
**document** 5:3,4 9:9 12:17
**documented** 14:19
**documents** 13:5
**duly** 4:10 19:7
**DUNCAN** 3:19 5:23,25 6:2,8,11 6:16 17:16,22 18:4
**duties** 11:4

**E**

**E-r-i-c-a** 4:23
**easier** 8:13
**EASTERN** 1:2,3 3:1,2
**education** 10:3
**either** 6:19 13:17 16:5
**employed** 19:15 19:19
**employee** 19:18
**enter** 13:2 17:3,7
**entered** 12:24,25 17:2
**entry** 9:17 15:9 16:10
**Erica** 1:12 3:9 4:9 4:22,22 17:22 19:6
**ESQ** 3:15,19
**et** 1:8 3:6
**examination** 2:1 4:13 19:8,12,17
**examined** 3:10 4:11 19:8
**example** 17:1
**examples** 16:21
**excluding** 9:6
**Exhibit** 7:13
**EXHIBITS** 2:4
**exists** 15:7

**expect** 8:24
**experience** 7:7
**external** 15:16

**F**

**familiar** 7:3
**federal** 7:23
**feel** 8:22
**field** 9:17 13:19
**fields** 16:13,18,22
**financially** 19:19
**find** 15:4
**fine** 4:17
**first** 4:10 10:18,19 19:7
**follows** 4:11
**form** 16:8
**forms** 16:9
**found** 15:12
**free** 8:22
**front** 5:5
**further** 17:20 19:14,17

**G**

**gathered** 16:5
**general** 11:15
**give** 9:3 14:15
**giving** 8:21 9:23
**go** 4:16 14:22 16:24
**going** 6:19
**Grand** 3:16
**Great** 5:18
**guess** 8:17

**H**

**Hall** 3:20
**hang** 6:19
**happen** 15:1
**head** 8:7,13
**hear** 5:23,24 6:6,8 6:10,18 7:6 17:6
**hearing** 6:21 16:12
**Heeb** 1:16 3:11 4:4 19:3,24
**hereto** 19:19
**Hexagon** 9:15
**Hi** 4:15
**highest** 10:3
**hours** 14:6
**houses** 9:11
**huh-uh** 8:8

**I**

**I/LEADS** 9:16 12:9 12:11,25 13:17

15:7,14,22 16:11
  17:2,10
**identify** 13:22
**imagining** 16:4,7
**important** 8:1
**improve** 8:12
**Inaudible** 17:4
**incidences** 17:14
  17:19
**incident** 9:21 12:2
  12:24 13:5,6
  15:4,13,16,21,23
  15:25 16:3,4,11
  16:14 17:10,13
**incidents** 17:18
**included** 15:22
**INDEX** 2:1,4
**indicate** 9:18
**individuals** 5:12
  11:19 13:15
**information** 8:19
  9:24 12:7,21
  14:5 16:5,8 17:2
  17:3,7
**intensive** 15:3
**interested** 9:18
**interrupted** 14:22
**investigating** 16:6
**involved** 15:5
**issues** 11:13

**J**

**JULIAN** 3:19
**jumping** 14:21,24
**justice** 3:15 10:6

**K**

**Kathy** 1:16 3:11
  4:4 7:11 8:2 19:3
  19:24
**keeping** 6:20
**kind** 14:18,24
**know** 6:20 7:4,8
  7:21,23 8:12,16
  9:1 10:8 14:12
  14:14

**L**

**labor** 14:7
**largely** 11:4
**law** 17:11
**let's** 10:14
**level** 10:3,20
**LEWeb** 12:15,20
  13:1,3,4,8,25
  14:1,18,19 17:8
**licenses** 10:11
**list** 16:5

**listing** 14:9,16
**little** 7:3
**long** 10:15,21
  14:12,14
**look** 14:18
**looking** 11:18
**Louis** 1:8 3:6,16
  3:20 5:1,14 7:15
  10:7

**M**

**MACARTHUR**
  3:15
**maintained** 5:10
  12:16
**management** 9:10
  9:15 11:16 12:9
  15:15,17,17,19
**mark** 7:11
**marked** 7:13
**master** 15:18,19
**master's** 10:5,9
**mean** 15:24
**meat** 9:25
**mentioned** 7:18
**microphone** 6:15
**Missouri** 1:2 3:1
  3:12,16,20 10:6
**Mobley** 2:2 3:15
  4:14,18 6:4,6,10
  6:12,24 7:11,14
  17:20
**module** 15:18
**modules** 15:16
**moment** 5:3 6:22
**MULTI-PLATFO...**
  1:11
**Municipal** 5:14
**muted** 6:7,9

**N**

**name** 4:18,21
**names** 15:18
**narrative** 13:24
  14:1
**narratives** 13:21
**necessary** 14:5
**need** 8:25 9:1
**neither** 19:14
**nodding** 8:6
**noncriminal** 17:14
  17:19
**normal** 7:25
**notes** 19:12
**notice** 2:6 5:7
  7:12
**number** 2:5 5:11
  11:19 13:14

**numbers** 14:10,17

**O**

**O-O-O** 4:8
**occurred** 13:5
**officer** 9:19 16:6,6
**officers** 5:13 9:17
  17:3,7
**official** 12:17
**Oh** 17:17
**okay** 4:18 5:7,22
  7:3,24 9:23 11:3
  12:23,23 13:7
  14:3 16:4 17:1
  17:17,20
**once** 5:20
**ones** 15:5
**opinion** 15:6
**ordinance** 5:14
  11:24 17:12
**outcome** 5:15
  11:21 12:8,10,19
**outcomes** 12:12
  12:14 14:18

**P**

**P-r-e-i-s-s** 4:23
**p.m** 3:10,11 18:9
**P1** 7:11
**PAGE** 2:5
**paper** 16:8
**parameter** 11:23
**parameters** 11:23
**particular** 15:12
  15:22 17:11
**parties** 19:16,19
**Pat** 4:18 6:3
**patient** 7:5
**PATRICK** 3:15
**Pause** 6:23
**perform** 12:11
**period** 12:5
**person** 13:3
**pertinent** 16:5
**phone** 6:14,17
**physical** 16:14
**piece** 16:8
**pieces** 14:25
**plaintiff** 1:6,14 3:4
  3:10,14 4:2,19
**please** 4:20,21 8:6
  8:9
**PohlmanUSA**
  1:25
**point** 8:18 9:17
**police** 5:12 9:19
  10:12,23 11:14
  11:19 13:21 15:5

**policing** 15:20
**pop** 7:4
**portion** 14:1
**position** 10:18,19
**prefer** 4:16
**Preiss** 1:12 3:9
  4:9,15,22,23 5:4
  17:21 19:6
**prepare** 9:8
**prepared** 7:15
**present** 12:18
**previous** 8:21
**printed** 16:13,17
**probably** 16:23
**proceedings** 6:23
  19:11
**produced** 3:9
**professionals**
  18:6
**projects** 11:15
**proofread** 19:9
**prosecutors**
  12:18,19
**provide** 14:5
**purchase** 11:12
**pursuing** 11:14
**put** 14:4

**Q**

**question** 8:9,11
  8:13,17 15:11
**questions** 2:2
  10:2 17:21
**quickly** 7:10

**R**

**read** 18:2
**reads** 5:9
**really** 8:8 15:24
**reason** 9:3
**received** 9:9
**record** 4:21 8:3,9
  9:14 13:4 15:19
**recording** 15:5
**records** 9:10
  13:22 15:15
**reflected** 8:8
**reflecting** 5:11
**regarding** 5:9
  12:8 15:7,22
**REJIS** 12:16
**relate** 17:11
**related** 10:12
  15:16 16:10
  19:15
**relating** 5:10
**relative** 19:18
**remember** 10:22

**remote** 8:1
**remotely** 6:25
  7:19
**report** 13:5 15:17
  15:21,25 16:3,4
  16:11,14 17:10
**reported** 19:8
**reporter** 3:11 4:5
  17:24 19:1,4
**Reporting** 1:25
**reports** 9:11,21
  12:3,24 13:21
  14:15 15:4,13
  17:13
**represent** 4:19
**request** 13:23
**requested** 14:6
**required** 15:3
**responsibilities**
  11:8
**responsive** 13:22
  14:16
**result** 9:13,14
**resulted** 9:21
**review** 9:13,22
  13:20 14:11,15
  16:24 17:22
**reviewing** 15:3
**right** 5:16 7:8
  16:19
**RODERICK** 3:15
**roles** 11:7
**Room** 3:20

**S**

**scope** 11:15
**scroll** 5:8
**search** 9:10,11,13
  9:20 11:17,24
  12:11 13:8
**searched** 11:22
**section** 5:13
**see** 5:4 14:18,20
**September** 1:15
  3:10 19:21
**set** 9:14 14:17
**seven** 10:17
**shaking** 8:7
**short** 8:25
**shorthand** 3:11
  4:4,4 19:3
**signature** 4:6
  17:25
**Similarly** 8:6
**six** 5:11
**SLMPD** 5:10 9:11
  10:16 11:5 12:16
  16:17

**software** 9:16
   11:10 16:13
**softwares** 11:11
**SOLANGE** 3:15
**sorry** 5:21 6:22
   12:5 14:22 17:16
**sort** 9:16
**sorts** 16:9
**sound** 5:16
**South** 3:16
**spaces** 16:10
**speak** 8:2,4 14:8
**specialist** 7:22
**specialists** 11:10
**specific** 11:23
   16:25
**specifically** 9:18
**spelled** 4:22
**spelling** 4:21
**St** 1:8 3:6,16,20
   5:1,14 7:15 10:7
**stand-out** 13:19
**standard** 15:19
**start** 4:20 10:14
**started** 11:5
**State** 3:11
**STATES** 1:1 3:1
**stating** 4:20
**statistics** 5:10
**STIPULATED** 4:1
**stored** 15:14
**strike** 10:14 12:6
**suicides** 17:18
**Suite** 3:16
**supplement** 8:20
   8:22
**suppose** 14:7
   17:11
**sure** 9:2 16:1
   17:23 18:4
**sworn** 3:10 4:10
   19:7
**system** 9:10,15
   12:9,11,13,15,20
   14:2 15:15,20
**systems** 10:25
   11:2,8 14:25

**T**
**take** 5:22 8:25 9:1
   14:7,12,15,17
**taken** 1:14 4:3
   17:25 19:12,17
**talk** 10:1
**talking** 17:15
**task** 14:13
**tasks** 15:1
**team** 11:9 14:14

**technical** 7:7
   11:13
**technically** 7:21
**telephone** 3:11,13
   19:5
**tell** 8:17
**testified** 4:11
**testify** 5:1,9 7:15
**testimony** 11:22
**thank** 4:24 5:18
   9:23 17:21
**think** 7:21 10:24
   16:2,7,23 17:5
**time** 8:23 10:24
   12:5,20 15:2
   19:12
**times** 7:19
**title** 4:16 10:19,24
   11:1
**today** 9:4,8
**topic** 5:9 14:6
**transcribed** 4:5
**transcript** 17:23
   19:10,11
**transcription**
   19:10
**translated** 19:9
**troubleshoot**
   11:12
**true** 19:11
**trust** 17:25 18:5
**try** 5:22 7:5 8:2,6
**trying** 8:3
**turning** 11:17
**typewriting** 4:5

**U**
**um-hum** 8:8
**understand** 4:25
   5:17 8:11 15:10
**understanding**
   15:24
**understood** 8:14
**UNITED** 1:1 3:1
**University** 10:6
**use** 15:18
**uses** 12:16
**usual** 15:8

**V**
**vehicles** 15:19
**vendor** 9:15
**vendors** 11:12
**video** 1:11 5:12
   9:19 13:15
**videotaping** 11:19
**violated** 11:25
   17:12

**violating** 13:9
**violation** 5:13
   9:20 11:20
**voice** 5:21
**vs** 1:7 3:5

**W**
**W** 3:15
**waive** 17:25 18:2
   18:5
**waived** 4:6
**want** 14:24 18:2
**wasn't** 13:17
**way** 13:25
**We'll** 17:18
**we're** 8:1 9:25
   11:14
**weeks** 5:20 7:1
**Whitt** 1:5 3:3 4:19
**wind** 12:25
**witness** 4:6,7 5:24
   6:1,3,5,9,13,18
   7:22 17:15,17
   18:3,5 19:7,13
**wonder** 6:7
**work** 10:12 11:9
   14:4
**working** 10:15,17
   11:5
**worse** 5:25
**wouldn't** 13:15

**X**

**Y**
**Yeah** 6:18 14:22
**year** 10:8
**years** 5:11 10:17
**yes-or-no** 8:9
**yielded** 12:2

**Z**

**0**

**1**
**1** 2:6 7:13 10:20
   10:21
**1:02** 3:10
**1:28** 3:11 18:9
**1361** 1:16
**15.10.010** 5:14
   11:20 13:9
**1510010** 9:20
   14:10
**16th** 19:21
**19** 5:9 7:16 9:12
   11:18 14:6

**2**
**2014** 10:24
**2015** 10:10
**2020** 1:15 3:10
   19:21
**254-8540** 3:17

**3**
**300** 3:16
**3115** 3:16
**314** 3:17,20,21

**4**
**4** 2:2
**4:18-cv-1294** 1:7
   3:5
**400** 9:21 12:2
   14:15 15:4
**421-0099** 1:25

**5**

**6**
**622-4694** 3:21
**63103** 3:20
**63118** 3:16

**7**
**7** 2:6

**8**
**877** 1:25

**9**
**9** 1:15 3:10