UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WHITT, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) Case No. 4:18-CV-01294 |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| DEFENDANT. | ) |

### Affidavit of Danielle Eckrich

COMES NOW affiant, Danielle Eckrich, having been duly sworn and upon her oath states that:

1. I am more than 18 years of age.

2. I make this affidavit from my personal knowledge of the facts stated herein or upon information and facts available to me.

3. I am employed as a Paralegal at the St. Louis Metropolitan Police Department. I have been employed in this role since October 9, 2006.

4. Reviewing over 400 incident reports would take me approximately six weeks.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of October, 2020.

By: *Danielle Eckrich*
Danielle Eckrich