

# PohlmanUSA®
## Court Reporting and Litigation Services

---

Matthew Karnowski

August 31, 2020

---

David Whitt v. City of St. Louis, et al.

Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


DAVID WHITT,


PLAINTIFF


VS.              CASE NO.  4:18-CV-1294


CITY OF ST. LOUIS, et al.


DEFENDANT




VIDEOCONFERENCE DEPOSITION OF

MATTHEW T. KARNOWSKI

TAKEN ON BEHALF OF THE PLAINTIFF

AUGUST 31, 2020

```
 1                    INDEX

 2   EXAMINATION                        PAGE

 3

 4   EXAMINATION BY MR. MOBLEY          5

 5

 6                 INDEX OF EXHIBITS

 7   NUMBER  DESCRIPTION                    PAGE

 8   For the Plaintiff

 9   1         Special Order                 31

10

11

12

13

14

15

16

17

18

19

20   (Exhibit attached to transcript.)

21

22

23

24

25
```

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3   DAVID WHITT,

 4            PLAINTIFF,

 5   vs.                          No. 4:18-CV-1294

 6

 7   CITY OF ST. LOUIS, et al.,

 8            DEFENDANT.

 9

10       Videoconference Deposition of MATTHEW T.
     KARNOWSKI, produced, sworn, and examined on the 31st
11   day of August, 2020, between the hours of 1:06
     o'clock in the forenoon and 2:39 o'clock in the
12   afternoon, at the offices of PohlmanUSA Court
     Reporting, LLC, 10 South Broadway, Suite 1400, in
13   St. Louis, Missouri, before Pamela K. Needham, CCR,
     CSR (MO, IL), in a certain cause now pending UNITED
14   STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI,
     EASTERN DIVISION, wherein DAVID WHITT is the
15   Plaintiff, and CITY OF ST. LOUIS, et al., are the
     Defendants.
16

17

18

19

20

21

22

23

24

25
```

```
 1    APPEARANCES:

 2

      FOR THE PLAINTIFF
 3         appearing telephonically:

 4

          Mr. W. Patrick Mobley
 5        Roderick and Solange MacArthur Justice Center
          3115 South Grand Blvd., Suite 300
 6        St. Louis, MO  63118
          (314) 254-8540
 7        pat.mobley@macarthurjustice.org

 8

      FOR THE DEFENDANT
 9         appearing telephonically:

10

          Ms. Abby Duncan
11        Office of the City Counselor
          City Hall, Room 314
12        St. Louis, MO  63103
          (314) 622-4257
13        duncana@stlouis-mo.gov

14

15

16

17

18

19

20    The Court Reporter:

21    Pamela K. Needham, IL CSR, MO CCR
      PohlmanUSA Reporting Company, LLC
22    10 South Broadway, Suite 1400
      St. Louis, MO  63102
23    (877) 421-0099

24

25
```

```
 1   IT IS HEREBY STIPULATED AND AGREED, by and between
 2   counsel for the Plaintiffs and counsel for the
 3   Defendants, that the videoconference deposition of
 4   MATTHEW T. KARNOWSKI may be taken in shorthand by
 5   Pamela K. Needham, Certified Court Reporter (IL
 6   084-002247 and MO 505), and afterwards transcribed
 7   into typewriting; and the signature of the witness
 8   is waived.
 9                  *    *    *    *    *
10              (On the record at 1:06 p.m.)
11                  MATTHEW T. KARNOWSKI,
12   of lawful age, produced, sworn, and examined on
13   behalf of the Plaintiff deposes and says:
14                        EXAMINATION
15   QUESTIONS BY MR. MOBLEY
16        Q.   Good afternoon, Mr. Karnowski, and is it
17   Sergeant Karnowski?
18        A.   Yes.
19        Q.   Okay.  Well, my name is Pat Mobley, I
20   represent the plaintiff, David Whitt, in this case,
21   and we're here today for your deposition.  Would you
22   start off by just spelling -- stating and spelling
23   your name, and then giving your DSN for the record,
24   please?
25        A.   Sure, my name is again Matthew
```

1    **Karnowski, my first name is spelled M-A-T-T-H-E-W,**

2    **my last name is spelled K-A-R-N-O-W-S-K-I, and my**

3    **DSN is 6887.**

4         Q.   Have you ever given a deposition before?

5         **A.   I'm sorry?**

6         Q.   Have you ever had your deposition taken

7    before?

8         **A.   I have.**

9         Q.   About how many times?

10        **A.   Approximately six.**

11        Q.   Okay.  Is this your first time doing one

12   virtually, though, over the computer?

13        **A.   It is.**

14        Q.   Yeah, so they're a little bit different

15   obviously.  You know, we kind of have to just be

16   patient with each other, let me know right away if

17   there's something that I ask that you can't hear or

18   don't understand, or if you run into any technical

19   problems just make sure that we know about those

20   right away.

21        **A.   Sure.**

22        Q.   Just like in a normal deposition we want

23   to avoid talking over each other so that Pam, the

24   court reporter, can take down everything that we're

25   saying, but it's even a little bit more difficult

1   via the Internet, so I'll do my best to wait until

2   you're done giving your answer before I ask my next,

3   question, and if you just wait for me to finish my

4   question before you begin your answer, that will

5   make it a lot easier on Pam.  And of course, nodding

6   and shaking your head doesn't get recorded in the

7   record, so if you can just say "yes" or "no" to yes

8   or no questions, that would be much appreciated.

9          **A.    Okay.**

10         Q.    And if you don't understand a question,

11  it's my job to improve it, so just let me know if

12  there's something you don't understand, and I'm

13  happy to reask it or to rephrase.  So is it fair

14  then that if I, that if you answer a question, I can

15  assume that we -- that you understood it?

16         **A.    Sure.**

17         Q.    And if you don't know the answer, just

18  let me know that, you don't have to guess, you can

19  say "I don't know."  And then if you come up with

20  like a clarification or additional information, even

21  if it's a few questions down the road from the

22  question that you answered, just make sure that you

23  let me know of it whenever you think of it, okay?

24         **A.    Yep.**

25         Q.    And we can take breaks as you need, just

1    let me know.  We, the only thing I ask is that we

2    don't leave a pending question.  So if I ask you a

3    question, answer it, and then we can start the

4    break.

5            **A.    Sounds good.**

6            Q.   And then is there any reason that you

7    can't give accurate answers today or follow the

8    groundrules that we just talked about?

9            **A.    No.**

10           Q.   Okay.  What did you do to prepare for

11    today's deposition?

12           **A.    I, Ms. Duncan and I had a meeting last**

13    **week to discuss the case.**

14           Q.   Okay, please, please don't tell me the,

15    the content of any of your communications with Ms.

16    Duncan, okay, that's privileged, but anything

17    else --

18           **A.    Okay.**

19           Q.   -- that you did to prepare, go ahead and

20    tell me about it.

21           **A.    I skimmed over the relevant police**

22    **reports.**

23           Q.   (Inaudible.)

24           **A.    You broke up on that last one.**

25           Q.   Did you say reports plural?

```
 1          A.    Yes.

 2          Q.    Which reports were those?

 3          A.    The police report concerning the arrest

 4   of Mr. Whitt, and then the police report concerning

 5   the events at which he was interfering.

 6          Q.    Did you review any other media, video,

 7   audio, anything like that?

 8          A.    With Ms. Duncan I did.

 9          Q.    Okay.  Let's talk a little bit about

10   your educational background.  What's the highest

11   level of education that you completed?

12          A.    I have a Bachelor's Degree.

13          Q.    (Inaudible.)

14          A.    I -- your last question didn't come

15   through.

16          Q.    What year did you get your Bachelor's?

17          A.    2000 -- bear with me.  2017, I believe I

18   graduated.

19          Q.    And where did you graduate from?

20          A.    Lindenwood University.

21          Q.    What was your concentration or your

22   major?

23          A.    Criminal Justice Science.

24          Q.    And (inaudible) that you've obtained?

25                THE REPORTER:  I didn't hear the
```

1    question.

2              THE WITNESS:  You're, you're breaking up

3    again.

4        Q.   Is that Bachelor's Degree the highest

5    degree that you have obtained?

6        **A.   Yes.**

7        Q.   Do you have any certifications or

8    licenses related to police work?

9        **A.   I do.**

10       Q.   What (inaudible)...

11             MS. DUNCAN:  What was that, Pat?

12       Q    (By Mr. Mobley) What, what certifications

13   or licenses related to police work do you have?

14             THE WITNESS:  I have a, I am licensed by

15   the Peace Officers Training Commission by the State

16   of Missouri.

17       Q.   Is that what's sometimes called post

18   certification?

19       **A.   Correct.**

20       Q.   All right.  And who's your current

21   employer?

22       **A.   The St. Louis Metropolitan Police**

23   **Department.**

24       Q.   Okay.  (Inaudible) start with SLMPD?

25       **A.   What was that first, you're --**

```
 1                 MS. DUNCAN:  Pat --

 2         Q    (By Mr. Mobley) When did you start

 3    working for SLMPD?

 4                 THE WITNESS:  In 2005.

 5         Q.   Did you graduate from the SLMPD police

 6    academy?

 7         A.   I did.

 8         Q.   Was that also in 2005?

 9         A.   It was early 2006.

10         Q.   So in early 2006 then did you become a

11    probationary officer?

12         A.   Yes.

13         Q.   And how long were you a probationary

14    officer?

15         A.   One year.

16         Q.   As a probationary officer did you have

17    any sort of formal reprimands?

18         A.   No.

19         Q.   Did you express concern at your

20    competency in any areas of police work?

21         A.   I'm sorry, what was the first part of

22    your question?

23         Q.   Did any of your trainers mention that

24    they were, that they thought that you weren't

25    displaying competency in any area of police work?
```

1          A.    Not that I am aware of.

2          Q.    And after you stopped being a

3     probational officer, did you become then a patrol

4     officer?

5          A.    A police officer, yes.

6          Q.    And what district were you assigned to?

7          A.    District 9.

8          Q.    And can you describe the location of

9     District 9?

10          A.    District 9 is, or was at the time

11     located in the central part of the city, and roughly

12     bordered by Jefferson, 44, Kingshighway, Delmar, and

13     then Vandeventer up to North Market, and North

14     Market back to Jefferson.

15          Q.    What were your general duties when you

16     were in District 9?

17          A.    General police duties, basic

18     investigations, investigating traffic accidents, any

19     number of the routine and daily things police

20     officers and (inaudible) do.

21          Q.    And for how long were you a police

22     officer in District 9?

23          A.    Approximately two and a half years.

24          Q.    Did you have any training while you were

25     a police officer in District 9?

1          **A.    I took a ton of training, police**

2     **officers in the state of Missouri are required to**

3     **take a certain amount of training hours each year in**

4     **order to maintain their license, and I took, I have**

5     **some extra classes, but I don't remember**

6     **specifically what they were at this point, it was a**

7     **while back.**

8          Q.    Okay.  And after your two point, two and

9     a half or so years as a police officer, were you

10     promoted?

11          **A.    No.**

12          Q.    What happened after two and a half

13     years?

14          **A.    I was transferred to our Anticrime**

15     **Division as a detective.**

16          Q.    What did your duties become when you

17     became a detective in the Anticrime Division?

18          **A.    Members of our Anticrime Division**

19     **primarily focus their efforts in an undercover**

20     **capacity on auto... automobile-related crimes in the**

21     **city of St. Louis.**

22          Q.    Are you currently a detective in the

23     Anticrime Division?

24          **A.    No.**

25          Q.    How long were you a detective in the

```
 1   Anticrime Division?

 2        A.   About seven years.

 3        Q.   After those seven years, what was your

 4   next position?

 5        A.   I was promoted to the rank of sergeant

 6   and transferred to the 5th District.

 7        Q.   (Inaudible.)

 8        A.   Pat, you're, you broke up again.

 9        Q.   Sorry.  Where is the 5th District?

10        A.   The 5th District is in the northwestern

11   part of the city.

12        Q.   And what are your duties as a sergeant

13   in the 5th District?

14        A.   I am not currently assigned to the 5th

15   District.

16        Q.   Okay.  Are you currently a sergeant in a

17   different district?

18        A.   I am.

19        Q.   Do your duties differ from when you were

20   a sergeant in the 5th District?

21        A.   No.

22        Q.   Okay, then tell me about your current

23   duties and what district you're in?

24        A.   So, as I mentioned before, I'm a police

25   sergeant, so I supervise front line police officers.
```

```
 1          Q.   (Inaudible) work in the field?
 2               THE REPORTER:  I didn't hear the
 3     question, sorry.
 4               THE WITNESS:  Pat, repeat, please,
 5     repeat the first part.
 6          Q.   Yeah.  I think I just need to speak more
 7     slowly.  So your supervising police officers, does
 8     that involve work in the field?
 9          A.   It does.
10          Q.   (Inaudible) office work, as it were?
11          A.   Pat, you're --
12          Q.   Do you do office work, as it were?
13          A.   I, I got office work, yeah, being a
14     sergeant does, does include quite a bit of office
15     work, unfortunately.
16          Q.   What, what percentage of your time would
17     you say you're doing police work as opposed to
18     office work, if we can consider them different
19     things?
20          A.   I'd say for me about 60 percent is
21     administrative.  It's a pretty dynamic number,
22     though, that changes constantly.
23          Q.   Fair enough.  Who is your direct report?
24          A.   Right now I, my direct supervisor is
25     Lieutenant Kelly Middleton.
```

 1                    THE REPORTER:  The last name, is it

 2    Mills?

 3                    THE WITNESS:  Middleton,

 4    M-I-D-D-L-E-T-O-N.

 5        Q   (By Mr. Mobley) So what does the 60

 6    percent of your time that you spend on --

 7    approximately 60 percent of your time that you spend

 8    on administrative tasks consist of?

 9        **A.    There's quite a bit.  Conducting annual**

10    **performance reviews and quarterly performance**

11    **reviews on my officers, the officers assigned to my**

12    **supervision, updating and maintaining our daily work**

13    **sheets, and examining and approving and making**

14    **corrections to police reports, accident reports, and**

15    **other forms pertinent to police work, ensuring my**

16    **officers are conducting follow-up investigations as**

17    **needed, so there's, there's probably more, but**

18    **that's pretty much the gist of it.**

19        Q.   Do you have any role in assigning your

20    officers to training?

21        **A.    A tertiary role, yes.**

22        Q.   Tell me what that means.

23        **A.    So in the Metropolitan Police Department**

24    **training, mandatory training, the mandatory annual**

25    **training we talked about earlier is preassigned**

1    essentially by the folks who (inaudible) us for the

2    following year, so it's incumbent upon me to make

3    sure that my officers attend training as needed, but

4    I also arrange supplemental training to my officers

5    if they need it.

6         Q.   And is there a specific schedule that

7    divvies up your time between doing administrative

8    tasks and being out on the street?

9         A.   No.

10        Q.   So what causes you to go out onto the

11   street?

12        A.   If my officers respond to a call that

13   sounds like -- if my officers respond to calls or,

14   you know, and request my assistance I come out,

15   larger crimes such as shootings -- or larger

16   influence I should say, such as shootings, or

17   accidents where there's persons struck, accidents

18   involving a fatality, or other very serious calls,

19   sergeants are actually dispatched.  And I also try

20   to be out on the street with my guys as much as

21   possible.

22        Q.   That was kind of my next question.  So

23   it sounds like you... would it be fair to say that

24   you mostly are on the street in response to specific

25   calls, but sometimes you are out on patrol with your

1    officers?

2          **A.    It really depends, there's so many**

3    **variables involved.  I'm not going to commit to**

4    **saying yes on that one.**

5          Q.   Okay.  So are there days where you are

6    not responding to a particular call, but you are out

7    on the street with, with your officers?

8          **A.    Yes.**

9          Q.   And what are you doing during those

10   days?

11         **A.    That's a pretty broad question.**

12         Q.   So are you riding in a car with an

13   officer sometimes?

14         **A.    Generally not.**

15         Q.   (Inaudible) a cruiser then?

16         **A.    Pat, that question didn't come through.**

17         Q.   You said that you weren't riding along

18   with the officers, are you driving a cruiser?

19         **A.    Not -- so in the St. Louis Metropolitan**

20   **Police Department the term cruiser refers to what is**

21   **generally known as a paddy wagon.**

22         Q.   Oh, my mistake.  I wouldn't expect you

23   to be driving a paddy wagon.

24         **A.    Sure.**

25         Q.   Are you driving a police car?

1          **A.    Yes.**

2          Q.    Okay.   And do you construct -- do you

3     conduct what you would consider ordinary patrol work

4     when you're out on the street, or are you just

5     responding to incidents to which your officers have

6     been called?

7          **A.    I guess it depends on one's definition**

8     **of ordinary patrol work.**

9          Q.    So do you spend time patrolling the --

10    I'm sorry, what district are you in now?

11         **A.    I'm in the 4th District.**

12         Q.    Okay.   Do you spend time driving around

13    the 4th District making sure that everything is

14    safe?

15         **A.    Not as much as I'd like to,**

16    **unfortunately.**

17         Q.    Well, you do that sometimes?

18         **A.    Rarely, but yes.**

19         Q.    Okay.   Have you been employed by a

20    police department before you began working for

21    SLMPD?

22         **A.    No.**

23         Q.    Did you have full-time employment before

24    you worked for SLMPD?

25         **A.    I did.**

1          Q.    Where did you work?

2          **A.    The St. Louis Fire Department.**

3          Q.    What did you do there?

4          **A.    I was a paramedic.**

5          Q.    About how long were you a paramedic at

6    St. Louis Fire Department?

7          **A.    About, I was an EMT, and then later**

8    **promoted to the rank of paramedic, and I was**

9    **employed for a total of about four and a half years.**

10         Q.    Have you ever worked secondary?

11         **A.    Yes.**

12         Q.    Do you currently work secondary?

13         **A.    I do.**

14         Q.    Do you work for City's Finest, LLP?

15         **A.    Yes.**

16         Q.    Where do you work for them?

17         **A.    Where do I work?  From my home, from the**

18    **office that, that we have.**

19         Q.    So when you're working secondary, are

20    you out in the community providing security?

21         **A.    No.**

22         Q.    What are your duties for City's Finest?

23         **A.    I am part of the management team, so I**

24    **handle a couple of accounts for the company.  And**

25    **I'm, well, kind of the operations guy, as well, so I**

1   **direct (inaudible) vehicle fleets and bicycle**

2   **fleets.**

3           THE REPORTER:  I did not hear the end of

4   your answer after "operations guy."

5           THE WITNESS:  I, I manage the, our fleet

6   of vehicles and bicycles.  And I also manage a

7   couple of accounts.

8       Q   (By Mr. Mobley) Have you ever served in

9   the military?

10      **A.   No.**

11      Q.   Are you a member of the St. Louis Police

12  Officers' Association?

13      **A.   Yes.**

14      Q.   Are you a member of any other

15  professional organizations?

16      **A.   I am a member of the International**

17  **Police Mountain Bike Association.**

18      Q.   The International... I'm sorry, I didn't

19  hear the last few words?

20      **A.   Police Mountain Bike Association.**

21      Q.   What does that organization do?

22      **A.   It's a not-for-profit organization that**

23  **supports police cyclists.**

24      Q.   Since you've been with SLMPD, have you

25  received any commendations, things like chief's or

1   captain's letters?

2           A.   I've received a number of chief's

3   letters, captain's letters, officer of the month.

4           Q.   Have you ever been demoted within SLMPD?

5           A.   No.

6           Q.   Have you ever been assigned to

7   administrative duties as a disciplinary measure?

8           A.   No.

9           Q.   Have you ever been suspended?

10          A.   Yes.

11          Q.   Was that with pay or without pay?

12          A.   Without.

13          Q.   And in how many instances have you been

14  suspended?

15          A.   Abby, are you still with us?

16               MS. DUNCAN:  Yes.

17               THE WITNESS:  Okay.  Twice.

18          Q    (By Mr. Mobley) What was the first time

19  for?

20          A.   It was alleged that I had violated a

21  pursuit policy, and what was it, there was a, a

22  violation of a pursuit policy, and then failure to

23  exercise duties associated with rank.

24          Q.   What was the second time for?

25          A.   For violation of the sick time policy

1    and secondary employment policy.

2        Q.   What were you alleged to have done to

3    violate the pursuit policy?

4        **A.   There was a rather large pursuit of a**

5    **suspect who was alleged to have just committed a**

6    **homicide in broad daylight, and it was alleged**

7    **that... I was a little unclear on the Department's**

8    **position, but it was alleged that I essentially did**

9    **not supervise the pursuit correctly.**

10       Q.   So you were the officer in charge of the

11   pursuit?

12       **A.   One of them, yes.**

13       Q.   How many days were you suspended for

14   violating the pursuit policy?

15       **A.   Two.**

16       Q.   And how many days for violating the sick

17   time and secondary policy?

18       **A.   Two.**

19       Q.   Other than your time as being suspended

20   without pay, have you ever been docked pay or

21   benefits for disciplinary reasons?

22       **A.   No, sir.**

23       Q.   Have you ever received a reprimand, a

24   reprimand, rather written or oral, from a

25   supervisor?

```
 1          A.    I have.

 2          Q.    Approximately how many?

 3          A.    One.

 4          Q.    What was that for?

 5          A.    A at fault accident years ago when I was

 6     a new police officer.

 7          Q.    Have you ever been told that you need

 8     counseling or retraining on the Department policy?

 9          A.    No.

10          Q.    (Inaudible.)

11                MS. DUNCAN:  What was that, Pat?

12                THE WITNESS:  Pat, you broke up.

13          Q.    Have you ever been interviewed by the

14     Internal Affairs Department?

15          A.    Yes.

16          Q.    (Inaudible.)

17          A.    Pat, I didn't hear you.

18          Q.    (Inaudible.)

19          A.    It still didn't come through, Pat, I

20     think your Internet connection --

21          Q.    No problem.

22          A.    Is bad.

23          Q.    Can you hear me now?

24          A.    Yes.

25                MS. DUNCAN:  Yes.
```

```
 1            Q    (By Mr. Mobley) Okay.  How many times
 2      have you been interviewed by IAD?
 3                 THE WITNESS:  Maybe five or six.
 4            Q.   Do you remember what you were
 5      interviewed for?
 6            A.   So the, the two suspensions we spoke
 7      about, and then there's some interviews concerning
 8      investigations into other department employees.
 9            Q.   So is it fair to say that the only time
10      that you've been interviewed by IAD regarding your
11      own alleged bad conduct was for the two times that
12      you've been suspended?
13            A.   I believe so.
14            Q.   Have you ever been in front of the
15      Civilian Oversight Board?
16            A.   No.
17            Q.   Has anyone ever filed an employee
18      misconduct report against you?
19            A.   I believe so, but I don't remember
20      specifically what it was.
21            Q.   Do you remember whether it was another
22      SLMPD employee or a member of the public?
23            A.   It would have been a member of the
24      public.  The public.  But it's been so long, I don't
25      recall.
```

```
 1          Q.   And I assume since you don't remember --
 2     I assume since you don't remember, the allegation
 3     was unsubstantiated?
 4          A.   It -- yes.
 5          Q.   Have you ever been convicted of a crime?
 6          A.   I got a traffic ticket when I was a
 7     teenager, but other than that, no.
 8          Q.   Yeah, we don't count those, that's okay.
 9     Have you ever been charged with a crime other than
10     those traffic tickets or one ticket?
11          A.   No.
12          Q.   Other than in this lawsuit have you ever
13     been sued?
14          A.   Yes.
15          Q.   How many times?
16          A.   Abby may be able to -- I guess you're
17     questioning me -- Abby might be able to help with
18     that, there's a number of pending lawsuit arising
19     from the Stockley protest.  And I don't know the
20     exact number.
21          Q.   Okay, and you're named in multiple of
22     those suits, though?
23          A.   Yes.
24          Q.   Do any of them have to do with the
25     alleged kettling incident?
```

```
1          A.    Yes.

2          Q.    Were you on the scene the night of the

3    kettling incident?

4          A.    I was.

5          Q.    So I'd like to talk a little bit now

6    about your training.  You testified that you got a

7    bachelor's in Criminal Justice Science.  Other than

8    that college course work, please just summarize the

9    academy training and then the subsequent education

10   that you received since you've been working for

11   SLMPD?

12              MS. DUNCAN:  I'm going to object as to

13   vague, Pat, can you be a little more specific on

14   what you're wanting him to summarize?

15              MR. MOBLEY:  Sure.

16              MS. DUNCAN:  Just hours or --

17        Q   (By Mr. Mobley) So when, when you were in

18   the academy -- first of all, how many hours did you,

19   did you take at the academy?

20              THE WITNESS:  Gosh, I... maybe 700.

21        Q.    Did any of that class work or course

22   work relate to the First Amendment?

23        A.    Sure.

24        Q.    Approximately how much?

25        A.    I don't remember.
```

1          Q.    Did you learn anything about St. Louis's
2    interfering ordinance?
3          **A.    I don't recall specifically.**
4          Q.    What about, did any of your academy
5    course work deal with members of the public who are
6    filming police officers?
7          **A.    I don't recall specifically.**
8          Q.    Since you graduated from the academy and
9    have been taking continuing education courses, have
10   you had any courses on the First Amendment?
11         **A.    Likely.  But I don't recall**
12   **specifically.**
13         Q.    How many hours, and you may have
14   testified to this earlier, I apologize, how many
15   hours per year do you take of continuing education?
16         **A.    We're required -- we are required to**
17   **attend I believe a minimum of 24 hours per year.**
18              MS. DUNCAN:  Did you say 24, Matt?
19              THE WITNESS:  Correct.
20              MS. DUNCAN:  Okay.
21         Q    (By Mr. Mobley) In your experience as a
22   police officer, what's your understanding of what
23   the First Amendment protects?
24              MS. DUNCAN:  I object as to it calls for
25   a legal conclusion.  To the extent you know, Matt,

1    you can testify.

2              THE WITNESS:  The First Amendment

3    protects citizens rights to assembly, freedom of

4    speech, freedom of religion.

5         Q   (By Mr. Mobley) And how does that, how

6    does the First Amendment relate to the City's

7    Interfering Ordinance?

8              MS. DUNCAN:  Again, calls for a legal

9    conclusion.  You can answer.

10             THE WITNESS:  How does the First

11   Amendment relate to the City's ordinance?

12        Q   (By Mr. Mobley) Correct?

13        **A.   Or Interfering Ordinance?**

14        Q.  Correct.

15        **A.   That's an interesting question.  I, I**

16   **guess I don't quite understand what you're trying to**

17   **ask or get.**

18             MS. DUNCAN:  Could you rephrase, Pat?

19        Q   (By Mr. Mobley) Yeah, it's okay, so I'm

20   going to actually, I'll just move on, and I'm going

21   to bring up or attempt to bring up a document that

22   hopefully you'll be able to see and to scroll

23   through.

24             MS. DUNCAN:  Which one are you pulling

25   up?

```
 1          Q    (By Mr. Mobley) 106?

 2               MS. DUNCAN:  106, is that what --

 3          Q    (By Mr. Mobley) Yeah.  Sergeant, can you

 4     see the documents on your screen?

 5               THE WITNESS:  I can, I can see the very

 6     top half of the special order, but I'm unable to

 7     scroll through it.

 8          Q.   Okay.  Let's see.  As I scroll through,

 9     does it move for you?

10          A.   It does.

11          Q.   Okay.  So first, it sounded like you

12     recognize what this document is, is that right?

13          A.   Correct.

14          Q.   Okay.  Do you need me to scroll through

15     the rest of the document so you can review it

16     quickly?

17          A.   Sure.

18          Q.   Okay.  I'll show you the top of the

19     second page, and let me know when you'd like me to

20     scroll down, take your time.

21          A.   You can continue to scroll up.

22          Q.   Okay.

23               (Scrolling through document.)

24          A.   Okay.  You can stop there.  So yes, I'm

25     familiar with this document.
```

```
 1          Q.   And what is it?
 2          A.   It's a Special Order, it's the police
 3   department's Special Order pertaining to the
 4   recording of police activity by citizens.
 5          Q.   Tell me what a Special Order is.
 6          A.   A Special Order is a document, or a body
 7   of documents that essentially outline and set rules
 8   on the Metropolitan Police Department for conduct
 9   and actions in operations.
10          MR. MOBLEY:  Before I ask my next
11   question, Pam, can we mark this as P1, please,
12   before I forget?
13          THE REPORTER:  Yes.
14          (Plaintiff's Exhibit Number 1 marked for
15   identification.)
16          Q   (By Mr. Mobley) How did you come to see
17   this document for the first time?
18          THE WITNESS:  I believe when this
19   document was written I had to sign off on it in our
20   PAS System.
21          Q.   (Inaudible) this document?
22          A.   That first part didn't come through,
23   Pat.
24          Q.   Did you receive any specific training
25   related to this document?
```

```
 1          A.    Not that I recall.

 2          Q.    Okay, if we can look at, it will be

 3    paragraph B2 on Page 2, can you see that on your

 4    screen right now?

 5          A.    Yes.

 6          Q.    Okay, so this section is called General

 7    Information, and in paragraph 2 it says that:

 8    Bystanders have an absolute right to photograph

 9    and/or record the enforcement actions of any police

10    officer so long as the bystanders actions do not,

11    and then we have A, B, C, D, E and F, is that

12    correct?

13          A.    Correct.

14          Q.    Can you please read into the record A

15    through F?

16          A.    Sure.  "Place the safety of the

17    bystander or any police officer, witness, victim or

18    suspects in jeopardy.  Hinder the execution or

19    performance of an officer's official duties.

20    Interfere with or violate any law, ordinance or

21    code, criminal or traffic.  Obstruct police actions

22    while engaged in the recording.  For example,

23    individuals may not interfere through direct

24    physical intervention, tampering with the witness,

25    or by specifically engaging an officer with
```

1    **questions or interruptions.  The fact that recording**

2    **and/or overt verbal criticism, insults or name**

3    **calling may be annoying does not, of itself, justify**

4    **an officer taking corrective or enforcement action,**

5    **or ordering that the recording be stopped.  This is**

6    **an infringement of an individual's right to**

7    **protected speech.  Unreasonably impede the movement**

8    **of emergency equipment or personnel, or the flow of**

9    **vehicular pedestrian traffic, or attempt to incite**

10   **an immediate breach of the peace or incite others to**

11   **commit a violation of the law."**

12        Q.   Thank you.  Is this list of actions that

13   would subject the bystander who is filming police

14   officers to arrest, does this list comport with your

15   understanding of instances in which a person filming

16   the police may be subject to arrest?

17        **A.   Yes.**

18        Q.   (Inaudible) circumstances that in your

19   mind, based on your training and experience, you

20   could arrest someone who was filming the police?

21        **A.   Pat, the first half of your question was**

22   **broken up.**

23        Q.   So based on your training and

24   experience, are there any instances not listed here

25   in which a person could be arrested for filming the

1   police?

2        **A.   No.**

3        Q.   So now I want to move to the morning of

4   August 8, 2016, which I'll represent to you is the

5   date of the events in question in this case.  Where

6   were you at 10 a.m. on that day?

7        **A.   I don't remember specifically where I**

8   **was at exactly 10 a.m.**

9        Q.   So if I represent to you that the

10  incident, the incident that we're here about took

11  place at about 10 a.m., could you tell me where you

12  were?

13       **A.   Sure, so we were referring to the**

14  **incident in which Mr. Whitt is involved, or the**

15  **incident where four to five juveniles as being in a**

16  **stolen car on Wells?**

17       Q.   Were those in the same place?

18       **A.   Were those in the same place?  The...**

19       Q.   Right.

20       **A.   I, I can't, there, there were multiple**

21  **areas of concern that morning.**

22       Q.   Okay, so tell me the general

23  geographical location of where this all took place.

24       **A.   So juveniles that had been in, we**

25  **believed to have been in a stolen vehicle were**

1   located north of Wells, and then there was the

2   incident with Mr. Whitt on Wells, itself.

3        Q.   How far north of Wells were the, the

4   alleged car thieves?

5        A.   Approximately two blocks.

6        Q.   Were those individuals in custody?

7        A.   At which point?

8        Q.   Sorry, yeah, I'm asking you general

9   questions, and now I asked you a specific question,

10   I'm sorry about that.  So let's see.  So you were

11   responding to the call regarding the stolen vehicle,

12   is that right?

13        A.   I was responding to supervise the call

14   of the individuals that had been apprehended in

15   terms of the stolen vehicle.

16        Q.   When you arrived on the scene, had David

17   Whitt arrived yet?

18        A.   I don't recall specifically in, when

19   we're talking, when I first arrived I arrived near

20   the location where the juvenile subjects were taken

21   into custody or being held in police cars.

22        Q.   And what was occurring two blocks

23   away -- well, let me, let me strike that.

24             Approximately how many officers had

25   responded to this call?

```
 1           A.   Potentially eight, possibly eight, if I
 2    recall correctly.
 3           Q.   And do you remember how many police
 4    vehicles they had brought to the scene?
 5           A.   Four or five approximately.
 6           Q.   So if we think now about the moments
 7    immediately before you were made aware of Mr.
 8    Whitt's presence, in those moments were you still
 9    two blocks away with the, the other suspects?
10           A.   Yes.
11           Q.   And how many officers were two blocks
12    away to make contact with Mr. Whitt.
13           A.   So I think there might be a little bit
14    of confusion.  At the point where the officers had
15    converged after taking the juvenile suspects into
16    custody, or attempting to take the juvenile suspects
17    into custody, Mr. Whitt had approached their
18    position.
19           Q.   (Inaudible) meeting, for lack of a
20    better term?
21           A.   I'm sorry?
22           Q.   Where officers were meeting and speaking
23    to one another?
24           A.   Correct.
25           Q.   So the incident occurred, and then tell
```

1   me if anything I'm saying sounds incorrect, but it

2   sounds like the incident occurred, the suspects were

3   secured, and then the officers moved down the road a

4   little ways to talk to each other about what had

5   happened.

6        **A.   No, I don't necessarily think that's**

7   **true, I think that the officers kind of converging**

8   **in one spot after the, the suspects were taken into**

9   **custody, I think someone brought that I believe, and**

10  **some may have been taken into custody right there,**

11  **and then at some point we moved the whole thing back**

12  **over to Wells.**

13       Q.   When you say the whole thing, does that

14  mean all of the vehicles and all of the suspects?

15       **A.   And all of the officers.**

16       Q.   Do you know what the closest cross

17  street of Wells was?

18       **A.   Where?  Wells and like... you have to be**

19  **more specific, because there's a lot of crossroads**

20  **for Wells.**

21       Q.   So when officers encountered Mr. Whitt,

22  what was the nearest cross street?

23       **A.   If I recall correctly, it was**

24  **Kingshighway.**

25       Q.   Okay.  Was the stolen, or the allegedly

```
 1    stolen vehicle present at the scene?

 2         A.    Yes.

 3         Q.    Did you move it with everything else

 4    down to Wells, or did it remain where it had been

 5    two blocks away?

 6         A.    It, as in the stolen vehicle?

 7         Q.    Yes.

 8         A.    We never touched the stolen vehicle.

 9         Q.    Was Officer Shaw there responding to

10    that call?

11         A.    Yeah, I believe he was.

12         Q.    Was Officer Linhorst also at the scene?

13         A.    Yes.

14         Q.    Who had called you to let you know about

15    this situation?

16         A.    I don't think anybody specifically

17    called me to let me know, but I monitored the call

18    over the radio channel.

19         Q.    So it's accurate to say then that you

20    weren't responding to a request from one of your

21    officers, you just used your professional judgment

22    to decide that that was a situation where a sergeant

23    might be needed?

24         A.    I don't recall specifically if I was

25    requested or not, but I would have responded to that
```

```
 1    sort of incident.

 2         Q.   The allegedly stolen vehicle, was it

 3    parked on the street?

 4         A.   Yes, on Wells.

 5         Q.   Was there a crowd that had gathered at

 6    the scene?

 7         A.   Of nonpolice officers, no.

 8         Q.   Correct, okay, thanks.  Were there any

 9    other suspects in the automobile theft that were

10    still at large?

11         A.   Possibly.

12         Q.   (Inaudible.)

13         A.   What was that, Pat?  You didn't come

14    through.

15         Q.   Did you know of any suspects that were

16    at large in particular?

17         A.   No, not necessarily.

18         Q.   Before (inaudible) arrived, were there

19    any other civilians in the area?

20         A.   What is that, Pat?  You were choppy.

21         Q.   Before Mr. Whitt arrived, were there

22    other civilians in the area?

23         A.   I would assume so, there was some houses

24    on the street, so there could have been citizens

25    inside of their houses.
```

1      Q.   Why did, why did you and your colleagues

2  decide to move yourselves and your cars and the

3  suspects down the street before you decided to --

4  why did you decide to move down the street to have

5  your, your consultation, your meeting?

6      **A.   Back to the stolen car you mean?**

7      Q.   No, so you moved away from the stolen

8  car, right?  And then you had the meeting a ways

9  away, and I'm asking why did you move away from the,

10  from the stolen car?

11      **A.   Well, I don't -- you may be a little bit**

12  **confused.  We didn't move away from the stolen car,**

13  **my officers moved towards the suspects that were**

14  **running.  So the suspects dictated our action.**

15      Q.   I see, so you obtained -- you

16  apprehended the suspects at about the place where

17  you wound up having the meeting?

18      **A.   My officers did, yes.**

19      Q.   Okay, I understand now, thanks.

20           MS. DUNCAN:  I just want to object to

21  any characterization of them having a meeting.  I

22  don't think the witness ever said that.

23      Q   (By Mr. Mobley) Before you were made

24  aware of Mr. Whitt's presence at the scene, how long

25  had the suspects been in custody?

    1          **A.    I don't know.**

    2          Q.    Were the suspects in custody when you

    3    arrived at the scene?

    4          **A.    Yes.**

    5          Q.    Approximately how long from your arrival

    6    at the scene was it until you were made aware of Mr.

    7    Whitt's presence?

    8          **A.    Now when you say the scene, we're**

    9    **talking two different areas here, the area in which**

   10    **the suspects were taken into custody, and then the**

   11    **man on Wells.**

   12          Q.    I'm referring to the scene in which Mr.

   13    Whitt is accused of interfering.

   14          **A.    Okay, can you repeat the question?  I**

   15    **apologize.**

   16          Q.    Yeah.

   17                MR. MOBLEY:  If I can -- can you read

   18    that back for please, Pam?

   19                THE REPORTER:  Yes.

   20    (The requested portion of the

   21    record read by the reporter as follows:)

   22                THE REPORTER:  QUESTION:  "Approximately

   23    how long from your arrival at the scene was it until

   24    you were made aware of Mr. Whitt's presence?"

   25                THE WITNESS:  Perhaps a minute or so.

1          Q.    (Inaudible.)

2                THE REPORTER:   I couldn't hear the

3     question.

4          Q    (By Mr. Mobley) How were you made aware

5     of Mr. Whitt's presence?

6                THE WITNESS:   My observations.

7          Q.   Were you the first officer on the scene

8     to notice Mr. Whitt?

9          **A.   I have no way of answering that.**

10               MS. DUNCAN:   Objection, speculation.

11         Q    (By Mr. Mobley) Who was the first officer

12    to encounter Mr. Whitt?

13               THE WITNESS:   You're probably going to

14    have to define "encounter" a little bit more

15    closely.

16         Q.   Who was the first officer to -- who was

17    the first person, the first officer to speak to Mr.

18    Whitt?

19         **A.   I, I think it was me.**

20         Q.   What did you say to him first?

21         **A.   It would have, if I recall correctly, it**

22    **was to ask him to back up.**

23         Q.   Did he back up when you asked him the

24    first time?

25         **A.   Not a whole lot.**

```
 1          Q.   (Inaudible.)
 2          A.   Pat, if you asked that question it
 3    didn't come through.
 4          Q.   You said that he didn't back up very
 5    far; how far did he back up?
 6          A.   Maybe a couple of feet.
 7          Q.   How far away from the nearest police
 8    vehicle was Mr. Whitt when you encountered him?
 9          A.   I don't recall specifically.
10          Q.   Was he standing in the street, on a
11    sidewalk, in a parking lot?
12          A.   It depends on at which point, at one
13    point he was in the street, but at another point he
14    was on the sidewalk.
15          Q.   Had he moved to the sidewalk in response
16    to an officer telling him to back up?
17          A.   You -- that first part didn't come
18    through, Pat.
19          Q.   Sorry.  Had he moved from the street to
20    the sidewalk in response to an officer asking him or
21    ordering him to back up?
22          A.   I don't remember specifically.
23          Q.   What prompted you to go approach Mr.
24    Whitt?
25          A.   Mr. Whitt was in close proximity to a
```

1     piece of evidence, and I was concerned that, A, he

2     would contaminate it, he was also in close proximity

3     to our police cars that contained juvenile suspects,

4     and then he was in physically, I don't know what his

5     intentions were, but he was in close proximity to

6     us, as well.  So I wanted him to move back for our

7     safety and to preserve any possible evidence.

8          Q.   (Inaudible.)

9          A.   Pat, that didn't come through at all.

10         Q.   What was the piece of evidence that he

11    was near?

12         A.   The van.  The stolen car.

13         Q.   How far away from the stolen car was he?

14         A.   When he got off of his bike and was --

15    or when he was stationery over his bicycle, maybe

16    seven to ten feet away.

17         Q.   So I want to, I, I'm confused about

18    something, and I apologize for that, so let me go

19    back a little ways and talk about the physical

20    arrangement of all these things.  It was my

21    understanding from your testimony that the officers,

22    their vehicles, and the suspects were located about

23    two blocks away from the van, and that's when --

24         A.   Yes.

25         Q.   -- Mr. Whitt approached?

```
 1        A.    Correct.

 2        Q.    How did you get him --

 3        A.    He approached us twice.

 4        Q.    Where was the first time?

 5        A.    Where the suspect -- near where all the

 6   suspects were apprehended or gathered.  More to

 7   where the stolen van was.

 8        Q.    And that's two blocks away from the van,

 9   is that right?

10        A.    About two blocks to the north, yes.

11        Q.    Okay.  So he approached you for the

12   first time when you, after you had moved away from

13   the van, is that right?

14        A.    We never moved away from the van, sir.

15   The, there's two, two instances where we encountered

16   Mr. Whitt.  There was the spot two blocks north of

17   the van where, where we had essentially consolidated

18   our resources.  Mr. Whitt approached us and recorded

19   us.  Then I ordered all the officers to bring all

20   the aspects to where the stolen van was, which was

21   two blocks to the south, and then Mr. Whitt followed

22   us.

23        Q.    Okay.  Let's talk first about the first

24   time that he approached you.  (Inaudible) speak to

25   him?
```

```
 1          A.    The first part of your statement didn't

 2   come through.

 3          Q.    The first time that he approached you,

 4   which I understand was up more at what I'll call the

 5   scene of the crime; is that fair to call it that?

 6          A.    I, I don't think so.

 7          Q.    Okay.

 8          A.    It's just on the scene close to where

 9   everybody was apprehended.

10          Q.    Okay.  So as I understand your

11   testimony, the first time that he approached you was

12   up close to the van, is that right?

13          A.    No.

14          Q.    Okay.  The first time he approached you

15   was when you were north of the van.

16          A.    North by about two blocks, yes.

17          Q.    Okay.  And at that time who was the

18   first officer to speak to him?  To Mr. Whitt?

19          A.    Nobody spoke to Mr. Whitt when we were

20   north, two blocks north of where the van was parked.

21          Q.    Why not?

22          A.    There was no reason to.

23                MS. DUNCAN:  Objection to the extent it

24   calls for speculation.  You can answer that, I'm

25   sorry.
```

1          THE WITNESS:  There was no reason to

2    speak to Mr. Whitt at that point.

3          Q   (By Mr. Mobley) So sometime after you

4    noticed Mr. Whitt, you ordered that you consolidate

5    your resources a little ways away from the van, is

6    that right?

7          A.   No.  After -- the first time we noticed

8    Mr. Whitt didn't have any part of my decision

9    making -- didn't affect any part of my decision

10   making, because no matter what, we had to bring the

11   suspects and involved officers to the stolen van,

12   which we never, we hadn't been to in the first

13   place.  We hadn't been there yet.  When we moved --

14   so in, I apologize if, if you're confused.  Call was

15   received for five juvenile suspects being in a

16   stolen vehicle.  My officers responded to the area

17   and apprehended as many of the suspects we believed

18   to be involved as we could.  Nobody went to the van,

19   so we were two blocks north, that's where I went to

20   where my officers had all these suspects into

21   custody.  While we were there, Mr. Whitt began

22   approaching and was recording us.  It doesn't -- Mr.

23   Whitt's presence there did not factor into my

24   decision to move everything back to, everything to

25   where the stolen van was located.  So then we moved

1    **everything to where the stolen van was located, and**

2    **when I say everything, me, the involved officers,**

3    **all of our police cars and the suspects, and then**

4    **Mr. Whitt followed us to where we went.**

5          Q.   Okay.  I wasn't entirely clear, and that

6    really helped me understand, I appreciate it.  So

7    the first time the officers --

8          A.   **There was no reason to --**

9          Q.   The first time that any officer spoke to

10   Mr. Whitt was after he followed you closer to the

11   van.

12         A.   **Correct.**

13         Q.   You were the, the first officer to speak

14   to Mr. Whitt, is that right?

15         A.   **Correct; I believe so.**

16         Q.   And the first thing you said was:

17   Please back up; and he backed up just a short

18   amount.

19         A.   **Yes.**

20         Q.   What happened after that?

21         A.   **He began becoming argumentative and**

22   **questioning essentially why we were there.**

23         Q.   Mr. Whitt wasn't armed, was he?

24         A.   **I'm sorry?**

25         Q.   Mr. Whitt was not armed, was he?

```
 1          A.   He had a gun on him, if I recall
 2     correctly.
 3          Q.   (Inaudible) ammunition on you, would
 4     that sound accurate to you?
 5          A.   What's that, Pat?
 6          Q.   If I represented to you that he didn't
 7     have a firearm, but only a clip of ammunition, would
 8     that sound accurate?
 9          A.   Yes.  The officer who searched him may
10     be better answer, equipped to answer that, though.
11          Q.   Did Mr. Whitt attempt to speak to anyone
12     other than officers?
13          A.   I don't recall.
14          Q.   Did he ever attempt to physically
15     intervene in your investigation?
16          MS. DUNCAN:  I'm going to object as to
17     vague as to what you mean by physically intervene.
18     Can you clarify that?
19          MR. MOBLEY:  Yeah, let me rephrase.
20          Q   (By Mr. Mobley) Was he ever between you
21     and the scene?
22          THE WITNESS:  We didn't know
23     specifically where the scene was at, at that
24     juncture, because the scene, according to the
25     caller, the suspects exited the van and fled.
```

1   All -- many times in my experience, suspects

2   sometimes leave behind evidence or drop something

3   that's important to the case, and we haven't, hadn't

4   at that point investigated that avenue yet.  So he

5   could have been.

6        Q.   (Inaudible), had Mr. Whitt made contact

7   with any officer?

8        **A.   Pat, your, the first part of your**

9   **question didn't come through.**

10       Q.   Before he was arrested, did Mr. Whitt

11  make any contacts -- did he ever touch an officer?

12       **A.   No.**

13       Q.   Was there traffic on Wells Avenue during

14  the time that you were speaking to Mr. Whitt?

15       **A.   Not that I recall.**

16       Q.   After he backed up the first time, which

17  in my understanding put him on the sidewalk, how far

18  away was he from -- and correct me if he was not on

19  the sidewalk, but how far away from he -- from the

20  van at that point was he?

21       **A.   Perhaps ten or fifteen feet.**

22       Q.   How long did you speak to Mr. Whitt

23  before you decided to arrest him?

24       **A.   I'm sorry?**

25       Q.   How long did you talk to Mr. Whitt

```
 1   before you decided to arrest him?
 2        A.   Maybe... I don't know.
 3        Q.   Would it have been fewer than five
 4   minutes?
 5        A.   Yes.
 6        Q.   Was it your decision eventually to
 7   arrest Mr. Whitt?
 8        A.   Yes.
 9        Q.   Who actually effectuated the arrest?
10        A.   The question was who effectuated the
11   arrest?
12        Q.   Correct.
13        A.   Myself, I believe it was Officer Shaw,
14   and then Officer Linhorst.
15        Q.   Do you remember who put on his
16   handcuffs?
17        A.   Not specifically.
18        Q.   Do you remember who searched Mr. Whitt?
19        A.   It would have been Officer Linhorst or
20   Officer Shaw.
21        Q.   Whose police vehicle was he put into?
22        A.   I don't know.
23        Q.   I assume then that you also don't know
24   who drove him?
25        A.   Correct.
```

1        Q.   Do you know where he was taken to?

2        **A.   Typically -- he would most likely have**

3    **been taken to the North Patrol Division.**

4        Q.   So Mr. Whitt is standing on the

5    sidewalk, but he's still probably 10 to 15 feet away

6    from the van, the allegedly stolen van, you talked

7    to him for a few minutes, and at what point did you

8    decide to arrest Mr. Whitt?

9        **A.   When Mr. Whitt continuously -- well, he**

10   **was hindering our investigation, and he was**

11   **focusing, drawing our attention away from our**

12   **suspects, and then our investigation.  Mr. Whitt, I**

13   **recall specifically we asked him to back up to a**

14   **light pole which I thought represented a good medium**

15   **for, to protect his amendment -- or his rights to**

16   **film us, but also to make my responsibility for my**

17   **officers to make my officers safe, ensure the safety**

18   **of the citizens, and then ensure the safety of our**

19   **suspects who were in our custody.  So when Mr. Whitt**

20   **continued to argue with us and failed to move back**

21   **to a spot that I determined would be I felt**

22   **comfortable with him being, that's when I determined**

23   **that he should be placed under arrest.**

24       Q.   How far away from Mr. Whitt was the

25   light pole that you directed him to?

```
 1          A.    About another 15 feet.
 2               MR. MOBLEY:  Abby, are you okay with
 3    like a five-minute break right now?
 4               MS. DUNCAN:  Sure, that's fine.
 5               MR. MOBLEY:  Okay, so we'll say about
 6    2:20 or so we can come back.
 7               MS. DUNCAN:  Sure.  Can we actually make
 8    it a ten-minute break?
 9               MR. MOBLEY:  Yeah, no problem.  2:25?
10               THE WITNESS:  Sounds good.
11                    (Recess)
12          Q   (By Mr. Mobley) Sergeant, I don't think I
13    have too many more questions for you, I want to tie
14    up some loose ends, though.  First, was there any
15    police tape that you had put up at the scene when
16    Mr. Whitt arrived?
17               THE WITNESS:  No.
18          Q   (By Mr. Mobley) Were officers patrolling
19    the perimeter of the scene?
20          A.   Pat, you're breaking up again.
21          Q.   Were any officers responsible for
22    monitoring the perimeter of the, of the scene?
23          A.   At that point it was kind of all of our
24    responsibility, we had so many subjects in custody
25    and so many moving parts I didn't have the resources
```

1    **to be able to designate to patrol the perimeter of**

2    **the scene.**

3        Q.    Other than Officers Linhorst and Shaw,

4    can you name any other officers who were present at

5    the scene?

6        **A.    I believe Officer Peterson, and then**

7    **Officer Lipina were also present.  There were**

8    **additional officers, but I don't recall their names**

9    **off the top of my head.**

10       Q.    So that's Peterson and did you say

11   Lipina, can you spell that one for me?

12       **A.    L-I-P-I-N-A.**

13       Q.    Thank you.  Are both Officers Peterson

14   and Lipina still in your district?

15       **A.    Just to clarify, the event interactions**

16   **with Mr. Whitt occurred in the 5th District, and I'm**

17   **now assigned to the 4th District.**

18       Q.    Were the officers who responded -- the

19   officers who were there when you were there, were

20   they 4th District or 5th District officers?

21       **A.    5th District officers.**

22       Q.    So these are not officers that you

23   supervised?

24       **A.    At the time of the incident I was**

25   **assigned to the 5th District, but I am now assigned**

 1   to the 4th District.

 2         Q.   I gotcha, okay, thank you.  You were

 3   saying something much easier for me to understand,

 4   and I made it unnecessarily complicated.

 5         A.   Good.

 6         Q.   Do you know if Officers Peterson and

 7   Lipina are still in the 5th District?

 8         A.   Officer Lipina is a, is a detective in

 9   the 5th District Detective Bureau, and Officer

10   Peterson is a detective assigned to the Intelligence

11   Division currently.

12         Q.   Thank you.  The first time you noticed

13   Mr. Whitt when you had not moved to the van yet, how

14   far away was he at his closest point to you?

15         A.   Maybe 30 or 40 feet.

16         Q.   What caused you to notice him?

17         A.   As a police officer I try to be

18   observant of my surroundings and he just kind of

19   caught my eye, he was on his bike kind of straddling

20   his bike, and there weren't a lot of other people

21   milling around.

22         Q.   How would things have gone

23   differently -- strike that.

24              You mentioned that there were not a lot

25   of other people in the area -- strike that, sorry.

1          So after Mr. Whitt was put into a police

2    car and transported to whichever station it was that

3    he went to, I'm sorry, I don't know it off the top

4    of my head, did you have any subsequent contact with

5    him?

6          **A.    Not that I recall.**

7          Q.    Did you complete any paperwork regarding

8    the arrest?

9          **A.    I did not personally, no.**

10         Q.    Did you (inaudible) regarding the

11   arrest?

12              THE REPORTER:  You cut out, sir.

13              THE WITNESS:  The middle part your

14   statement.

15         Q   (By Mr. Mobley) Did you approve the

16   police report regarding Mr. Whitt's address?

17         **A.    I believe I approved it one level,**

18   **possibly two, I don't recall specifically, I'd have**

19   **to look at the report.**

20         Q.    Have you spoken to any other officers

21   about Mr. Whitt?

22         **A.    I spoke with a lot of people about him**

23   **during the incident and shortly thereafter.**

24         Q.    Did you ever talk to a supervisor about

25   the incident?

```
 1        A.   Well, I'm the supervisor, but I would
 2   have talked to, I had talked to the police commander
 3   about the incident.
 4        Q.   That's what I meant was, was someone who
 5   supervises you, I'm sorry I wasn't clear there.
 6        A.   Sure.
 7        Q.   Did you ever talk to the city attorney
 8   or the quote/unquote prosecutor?
 9        A.   Yes.
10        Q.   Were you speaking about the possible
11   municipal prosecution of Mr. Whitt?
12        A.   It's been a long time, but yes.
13        Q.   What... what, if anything, did that
14   attorney tell you was going to happen with Mr.
15   Whitt's case?
16        A.   I vaguely recall that the case was going
17   to be nulled.
18        Q.   (Inaudible.)
19        A.   I'm sorry, Pat, that didn't come
20   through.
21        Q.   Do you know why it was going to be
22   nulled?
23        A.   I do not.
24        Q.   Have you ever heard of the organization
25   Cop Watch?
```

1          **A.   I have in the wake of Mr. Whitt's**

2   **arrest.**

3          Q.   Just to clarify, though, you had not

4   heard of it before the arrest?

5          **A.   I was vaguely aware of it, but not, I**

6   **just knew of its existence, but nothing very**

7   **specific.**

8          Q.   Do you remember where you learned about

9   Cop Watch's existence?

10         **A.   No.**

11         Q.   Is it fair to say that it's widely known

12   in the police department?

13         **A.   Probably... I want to say that's a fair**

14   **statement.**

15         Q.   Would you say 25 percent of officers are

16   aware of Cop Watch?

17              MS. DUNCAN:  Let me object as to

18   speculation, this witness doesn't know what other

19   officers know.  You can answer, Matt.

20              THE WITNESS:  I have no idea, Pat.

21   Every, everybody's a cop watcher now.  Everybody has

22   a camera.

23         Q   (By Mr. Mobley) Would it be fair to say

24   that you have, on at least one occasion, spoken to a

25   colleague about Cop Watch?

1          **A.    In the wake of Mr. Whitt's, our**

2     **encounter with Mr. Whitt, yes.**

3          Q.    I have no further questions, thank you,

4     Sergeant.

5          **A.    Yes, sir.**

6               MS. DUNCAN:  I have no follow-up.

7               (Discussion off the record.)

8               MS. DUNCAN:  We can, we'll waive.

9                   (Signature waived.)

10              (Off the record at 2:39 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              CERTIFICATE OF REPORTER

 2   I, Pamela K. Needham, Certified Court Reporter

 3   within and for the State of Missouri, do certify

 4   that the witness whose testimony appears in the

 5   foregoing deposition was duly sworn by me; the

 6   testimony of said witness was taken by me to the

 7   best of my ability and thereafter reduced to

 8   typewriting under my direction; that I am neither

 9   counsel for, related to, nor employed by any of the

10   parties to the action in which this deposition was

11   taken, and further, that I am not a relative or

12   employee of any attorney or counsel employed by the

13   parties thereto, nor financially or otherwise

14   interested in the outcome of the action.

15

16   ---------------------------------------

17   Pamela K. Needham, CSR, CCR
     Illinois CSR No. 084-002247
18   Missouri CCR No. 505

19

20

21

22

23

24

25
```

**A**

**a.m** 34:6,8,11
**Abby** 4:10 22:15
  26:16,17 53:2
**ability** 60:7
**able** 26:16,17
  29:22 54:1
**absolute** 32:8
**academy** 11:6
  27:9,18,19 28:4
  28:8
**accident** 16:14
  24:5
**accidents** 12:18
  17:17,17
**accounts** 20:24
  21:7
**accurate** 8:7
  38:19 49:4,8
**accused** 41:13
**action** 33:4 40:14
  60:10,14
**actions** 31:9 32:9
  32:10,21 33:12
**activity** 31:4
**additional** 7:20
  54:8
**address** 56:16
**administrative**
  15:21 16:8 17:7
  22:7
**Affairs** 24:14
**affect** 47:9
**afternoon** 3:12
  5:16
**age** 5:12
**ago** 24:5
**AGREED** 5:1
**ahead** 8:19
**al** 1:9 3:7,15
**allegation** 26:2
**alleged** 22:20 23:2
  23:5,6,8 25:11
  26:25 35:4
**allegedly** 37:25
  39:2 52:6
**amendment** 27:22
  28:10,23 29:2,6
  29:11 52:15
**ammunition** 49:3
  49:7
**amount** 13:3
  48:18
**and/or** 32:9 33:2
**annoying** 33:3
**annual** 16:9,24
**answer** 7:2,4,14
  7:17 8:3 21:4

29:9 46:24 49:10
  49:10 58:19
**answered** 7:22
**answering** 42:9
**answers** 8:7
**Anticrime** 13:14
  13:17,18,23 14:1
**anybody** 38:16
**apologize** 28:14
  41:15 44:18
  47:14
**APPEARANCES**
  4:1
**appearing** 4:3,9
**appears** 60:4
**appreciate** 48:6
**appreciated** 7:8
**apprehended**
  35:14 40:16 45:6
  46:9 47:17
**approach** 43:23
**approached** 36:17
  44:25 45:3,11,18
  45:24 46:3,11,14
**approaching**
  47:22
**approve** 56:15
**approved** 56:17
**approving** 16:13
**approximately**
  6:10 12:23 16:7
  24:2 27:24 35:5
  35:24 36:5 41:5
  41:22
**area** 11:25 39:19
  39:22 41:9 47:16
  55:25
**areas** 11:20 34:21
  41:9
**argue** 52:20
**argumentative**
  48:21
**arising** 26:18
**armed** 48:23,25
**arrange** 17:4
**arrangement**
  44:20
**arrest** 9:3 33:14
  33:16,20 50:23
  51:1,7,9,11 52:8
  52:23 56:8,11
  58:2,4
**arrested** 33:25
  50:10
**arrival** 41:5,23
**arrived** 35:16,17
  35:19,19 39:18
  39:21 41:3 53:16

**asked** 35:9 42:23
  43:2 52:13
**asking** 35:8 40:9
  43:20
**aspects** 45:20
**assembly** 29:3
**assigned** 12:6
  14:14 16:11 22:6
  54:17,25,25
  55:10
**assigning** 16:19
**assistance** 17:14
**associated** 22:23
**Association** 21:12
  21:17,20
**assume** 7:15 26:1
  26:2 39:23 51:23
**attached** 2:20
**attempt** 29:21
  33:9 49:11,14
**attempting** 36:16
**attend** 17:3 28:17
**attention** 52:1
**attorney** 57:7,14
  60:12
**audio** 9:7
**August** 1:17 3:11
  34:4
**auto** 13:20
**automobile** 39:9
**automobile-rela...**
  13:20
**avenue** 50:4,13
**avoid** 6:23
**aware** 12:1 36:7
  40:24 41:6,24
  42:4 58:5,16

**B**

**B** 32:11
**B2** 32:3
**bachelor's** 9:12
  9:16 10:4 27:7
**back** 12:14 13:7
  37:11 40:6 41:18
  42:22,23 43:4,5
  43:16,21 44:6,19
  47:24 48:17
  52:13,20 53:6
**backed** 48:17
  50:16
**background** 9:10
**bad** 24:22 25:11
**based** 33:19,23
**basic** 12:17
**bear** 9:17
**becoming** 48:21
**began** 19:20

47:21 48:21
**behalf** 1:16 5:13
**believe** 9:17 25:13
  25:19 28:17
  31:18 37:9 38:11
  48:15 51:13 54:6
  56:17
**believed** 34:25
  47:17
**benefits** 23:21
**best** 7:1 60:7
**better** 36:20 49:10
**bicycle** 21:1 44:15
**bicycles** 21:6
**bike** 21:17,20
  44:14 55:19,20
**bit** 6:14,25 9:9
  15:14 16:9 27:5
  36:13 40:11
  42:14
**blocks** 35:5,22
  36:9,11 38:5
  44:23 45:8,10,16
  45:21 46:16,20
  47:19
**Blvd** 4:5
**Board** 25:15
**body** 31:6
**bordered** 12:12
**breach** 33:10
**break** 8:4 53:3,8
**breaking** 10:2
  53:20
**breaks** 7:25
**bring** 29:21,21
  45:19 47:10
**broad** 18:11 23:6
**Broadway** 3:12
  4:22
**broke** 8:24 14:8
  24:12
**broken** 33:22
**brought** 36:4 37:9
**Bureau** 55:9
**bystander** 32:17
  33:13
**bystanders** 32:8
  32:10

**C**

**C** 32:11
**call** 17:12 18:6
  35:11,13,25
  38:10,17 46:4,5
  47:14
**called** 10:17 19:6
  32:6 38:14,17
**caller** 49:25

**calling** 33:3
**calls** 17:13,18,25
  28:24 29:8 46:24
**camera** 58:22
**capacity** 13:20
**captain's** 22:1,3
**car** 18:12,25 34:16
  35:4 40:6,8,10
  40:12 44:12,13
  56:2
**cars** 35:21 40:2
  44:3 48:3
**case** 1:7 5:20 8:13
  34:5 50:3 57:15
  57:16
**caught** 55:19
**cause** 3:13
**caused** 55:16
**causes** 17:10
**CCR** 3:14 4:21
  60:17,18
**Center** 4:5
**central** 12:11
**certain** 3:13 13:3
**CERTIFICATE**
  60:1
**certification** 10:18
**certifications** 10:7
  10:12
**Certified** 5:5 60:2
**certify** 60:3
**changes** 15:22
**channel** 38:18
**characterization**
  40:21
**charge** 23:10
**charged** 26:9
**chief's** 21:25 22:2
**choppy** 39:20
**circumstances**
  33:18
**citizens** 29:3 31:4
  39:24 52:18
**city** 1:9 3:7,15
  4:11,11 12:11
  13:21 14:11 57:7
**City's** 20:14,22
  29:6,11
**Civilian** 25:15
**civilians** 39:19,22
**clarification** 7:20
**clarify** 49:18
  54:15 58:3
**class** 27:21
**classes** 13:5
**clear** 48:5 57:5
**clip** 49:7
**close** 43:25 44:2,5

46:8,12
closely 42:15
closer 48:10
closest 37:16
  55:14
code 32:21
colleague 58:25
colleagues 40:1
college 27:8
come 7:19 9:14
  17:14 18:16
  24:19 31:16,22
  39:13 43:3,17
  44:9 46:2 50:9
  53:6 57:19
comfortable
  52:22
commander 57:2
commendations
  21:25
Commission
  10:15
commit 18:3
  33:11
committed 23:5
communications
  8:15
community 20:20
company 4:21
  20:24
competency
  11:20,25
complete 56:7
completed 9:11
complicated 55:4
comport 33:14
computer 6:12
concentration
  9:21
concern 11:19
  34:21
concerned 44:1
concerning 9:3,4
  25:7
conclusion 28:25
  29:9
conduct 19:3
  25:11 31:8
conducting 16:9
  16:16
confused 40:12
  44:17 47:14
confusion 36:14
connection 24:20
consider 15:18
  19:3
consist 16:8
consolidate 47:4

consolidated
  45:17
constantly 15:22
construct 19:2
consultation 40:5
contact 36:12
  50:6 56:4
contacts 50:11
contained 44:3
contaminate 44:2
content 8:15
continue 30:21
continued 52:20
continuing 28:9
  28:15
continuously 52:9
converged 36:15
converging 37:7
convicted 26:5
cop 57:25 58:9,16
  58:21,25
correct 10:19
  28:19 29:12,14
  30:13 32:12,13
  36:24 39:8 45:1
  48:12,15 50:18
  51:12,25
corrections 16:14
corrective 33:4
correctly 23:9
  36:2 37:23 42:21
  49:2
counsel 5:2,2
  60:9,12
counseling 24:8
Counselor 4:11
count 26:8
couple 20:24 21:7
  43:6
course 7:5 27:8
  27:21 28:5
courses 28:9,10
court 1:1 3:1,12
  3:14 4:20 5:5
  6:24 60:2
crime 26:5,9 46:5
crimes 13:20
  17:15
criminal 9:23 27:7
  32:21
criticism 33:2
cross 37:16,22
crossroads 37:19
crowd 39:5
cruiser 18:15,18
  18:20
CSR 3:13 4:21
  60:17,17

current 10:20
  14:22
currently 13:22
  14:14,16 20:12
  55:11
custody 35:6,21
  36:16,17 37:9,10
  40:25 41:2,10
  47:21 52:19
  53:24
cut 56:12
cyclists 21:23

——— D ———
D 32:11
daily 12:19 16:12
date 34:5
David 1:4 3:3,14
  5:20 35:16
day 3:11 34:6
daylight 23:6
days 18:5,10
  23:13,16
deal 28:5
decide 38:22 40:2
  40:4 52:8
decided 40:3
  50:23 51:1
decision 47:8,9
  47:24 51:6
DEFENDANT 1:10
  3:8 4:8
Defendants 3:15
  5:3
define 42:14
definition 19:7
degree 9:12 10:4
  10:5
Delmar 12:12
demoted 22:4
department 10:23
  16:23 18:20
  19:20 20:2,6
  24:8,14 25:8
  31:8 58:12
department's
  23:7 31:3
depends 18:2
  19:7 43:12
deposes 5:13
deposition 1:14
  3:10 5:3,21 6:4,6
  6:22 8:11 60:5
  60:10
describe 12:8
DESCRIPTION
  2:7
designate 54:1

detective 13:15
  13:17,22,25 55:8
  55:9,10
determined 52:21
  52:22
dictated 40:14
differ 14:19
different 6:14
  14:17 15:18 41:9
differently 55:23
difficult 6:25
direct 15:23,24
  21:1 32:23
directed 52:25
direction 60:8
disciplinary 22:7
  23:21
discuss 8:13
Discussion 59:7
dispatched 17:19
displaying 11:25
district 1:1,1 3:1,1
  3:14,14 12:6,7,9
  12:10,16,22,25
  14:6,9,10,13,15
  14:17,20,23
  19:10,11,13
  54:14,16,17,20
  54:20,21,25 55:1
  55:7,9
Division 1:2 3:2
  3:14 13:15,17,18
  13:23 14:1 52:3
  55:11
divvies 17:7
docked 23:20
document 29:21
  30:12,15,23,25
  31:6,17,19,21,25
documents 30:4
  31:7
doing 6:11 15:17
  17:7 18:9
drawing 52:11
driving 18:18,23
  18:25 19:12
drop 50:2
drove 51:24
DSN 5:23 6:3
duly 60:5
Duncan 4:10 8:12
  8:16 9:8 10:11
  11:1 22:16 24:11
  24:25 27:12,16
  28:18,20,24 29:8
  29:18,24 30:2
  40:20 42:10
  46:23 49:16 53:4

53:7 58:17 59:6
  59:8
duncana@stlou...
  4:13
duties 12:15,17
  13:16 14:12,19
  14:23 20:22 22:7
  22:23 32:19
dynamic 15:21

——— E ———
E 32:11
earlier 16:25
  28:14
early 11:9,10
easier 7:5 55:3
EASTERN 1:1,2
  3:1,2,14,14
education 9:11
  27:9 28:9,15
educational 9:10
effectuated 51:9
  51:10
efforts 13:19
eight 36:1,1
emergency 33:8
employed 19:19
  20:9 60:9,12
employee 25:17
  25:22 60:12
employees 25:8
employer 10:21
employment
  19:23 23:1
EMT 20:7
encounter 42:12
  42:14 59:2
encountered
  37:21 43:8 45:15
ends 53:14
enforcement 32:9
  33:4
engaged 32:22
engaging 32:25
ensure 52:17,18
ensuring 16:15
entirely 48:5
equipment 33:8
equipped 49:10
essentially 17:1
  23:8 31:7 45:17
  48:22
et 1:9 3:7,15
event 54:15
events 9:5 34:5
eventually 51:6
everybody 46:9
  58:21

**everybody's** 58:21
**evidence** 44:1,7 44:10 50:2
**exact** 26:20
**exactly** 34:8
**EXAMINATION** 2:2,4 5:14
**examined** 3:10 5:12
**examining** 16:13
**example** 32:22
**execution** 32:18
**exercise** 22:23
**Exhibit** 2:20 31:14
**EXHIBITS** 2:6
**existence** 58:6,9
**exited** 49:25
**expect** 18:22
**experience** 28:21 33:19,24 50:1
**express** 11:19
**extent** 28:25 46:23
**extra** 13:5
**eye** 55:19

**F**
**F** 32:11,15
**fact** 33:1
**factor** 47:23
**failed** 52:20
**failure** 22:22
**fair** 7:13 15:23 17:23 25:9 46:5 58:11,13,23
**familiar** 30:25
**far** 35:3 43:5,5,7 44:13 50:17,19 52:24 55:14
**fatality** 17:18
**fault** 24:5
**feet** 43:6 44:16 50:21 52:5 53:1 55:15
**felt** 52:21
**fewer** 51:3
**field** 15:1,8
**fifteen** 50:21
**filed** 25:17
**film** 52:16
**filming** 28:6 33:13 33:15,20,25
**financially** 60:13
**fine** 53:4
**Finest** 20:14,22
**finish** 7:3
**Fire** 20:2,6

**firearm** 49:7
**first** 6:1,11 10:25 11:21 15:5 22:18 27:18,22 28:10 28:23 29:2,6,10 30:11 31:17,22 33:21 35:19 42:7 42:11,16,17,17 42:20,24 43:17 45:4,12,23,23 46:1,3,11,14,18 47:7,12 48:7,9 48:13,16 50:8,16 53:14 55:12
**five** 25:3 34:15 36:5 47:15 51:3
**five-minute** 53:3
**fled** 49:25
**fleet** 21:5
**fleets** 21:1,2
**flow** 33:8
**focus** 13:19
**focusing** 52:11
**folks** 17:1
**follow** 8:7
**follow-up** 16:16 59:6
**followed** 45:21 48:4,10
**following** 17:2
**follows** 41:21
**foregoing** 60:5
**forenoon** 3:11
**forget** 31:12
**formal** 11:17
**forms** 16:15
**four** 20:9 34:15 36:5
**freedom** 29:3,4
**front** 14:25 25:14
**full-time** 19:23
**further** 59:3 60:11

**G**
**gathered** 39:5 45:6
**general** 12:15,17 32:6 34:22 35:8
**generally** 18:14 18:21
**geographical** 34:23
**gist** 16:18
**give** 8:7
**given** 6:4
**giving** 5:23 7:2
**go** 8:19 17:10 43:23 44:18

**going** 18:3 27:12 29:20,20 42:13 49:16 57:14,16 57:21
**good** 5:16 8:5 52:14 53:10 55:5
**Gosh** 27:20
**gotcha** 55:2
**graduate** 9:19 11:5
**graduated** 9:18 28:8
**Grand** 4:5
**groundrules** 8:8
**guess** 7:18 19:7 26:16 29:16
**gun** 49:1
**guy** 20:25 21:4
**guys** 17:20

**H**
**half** 12:23 13:9,12 20:9 30:6 33:21
**Hall** 4:11
**handcuffs** 51:16
**handle** 20:24
**happen** 57:14
**happened** 13:12 37:5 48:20
**happy** 7:13
**head** 7:6 54:9 56:4
**hear** 6:17 9:25 15:2 21:3,19 24:17,23 42:2
**heard** 57:24 58:4
**held** 35:21
**help** 26:17
**helped** 48:6
**highest** 9:10 10:4
**Hinder** 32:18
**hindering** 52:10
**home** 20:17
**homicide** 23:6
**hopefully** 29:22
**hours** 3:11 13:3 27:16,18 28:13 28:15,17
**houses** 39:23,25

**I**
**IAD** 25:2,10
**idea** 58:20
**identification** 31:15
**IL** 3:13 4:21 5:5
**Illinois** 60:17
**immediate** 33:10
**immediately** 36:7

**impede** 33:7
**important** 50:3
**improve** 7:11
**inaudible** 8:23 9:13,24 10:10,24 12:20 14:7 15:1 15:10 17:1 18:15 21:1 24:10,16,18 31:21 33:18 36:19 39:12,18 42:1 43:1 44:8 45:24 49:3 50:6 56:10 57:18
**incident** 26:25 27:3 34:10,10,14 34:15 35:2 36:25 37:2 39:1 54:24 56:23,25 57:3
**incidents** 19:5
**incite** 33:9,10
**include** 15:14
**incorrect** 37:1
**incumbent** 17:2
**INDEX** 2:1,6
**individual's** 33:6
**individuals** 32:23 35:6,14
**influence** 17:16
**information** 7:20 32:7
**infringement** 33:6
**inside** 39:25
**instances** 22:13 33:15,24 45:15
**insults** 33:2
**Intelligence** 55:10
**intentions** 44:5
**interactions** 54:15
**interested** 60:14
**interesting** 29:15
**interfere** 32:20,23
**interfering** 9:5 28:2 29:7,13 41:13
**Internal** 24:14
**International** 21:16,18
**Internet** 7:1 24:20
**interruptions** 33:1
**intervene** 49:15 49:17
**intervention** 32:24
**interviewed** 24:13 25:2,5,10
**interviews** 25:7
**investigated** 50:4
**investigating**

12:18
**investigation** 49:15 52:10,12
**investigations** 12:18 16:16 25:8
**involve** 15:8
**involved** 18:3 34:14 47:11,18 48:2
**involving** 17:18

**J**
**Jefferson** 12:12 12:14
**jeopardy** 32:18
**job** 7:11
**judgment** 38:21
**juncture** 49:24
**Justice** 4:5 9:23 27:7
**justify** 33:3
**juvenile** 35:20 36:15,16 44:3 47:15
**juveniles** 34:15,24

**K**
**K** 3:13 4:21 5:5 60:2,17
**K-A-R-N-O-W-S...** 6:2
**Karnowski** 1:15 3:10 5:4,11,16 5:17 6:1
**Kelly** 15:25
**kettling** 26:25 27:3
**kind** 6:15 17:22 20:25 37:7 53:23 55:18,19
**Kingshighway** 12:12 37:24
**knew** 58:6
**know** 6:15,16,19 7:11,17,18,19,23 8:1 17:14 26:19 28:25 30:19 37:16 38:14,17 39:15 41:1 44:4 49:22 51:2,22,23 52:1 55:6 56:3 57:21 58:18,19
**known** 18:21 58:11

**L**
**L-I-P-I-N-A** 54:12
**lack** 36:19

**large** 23:4 39:10
39:16
**larger** 17:15,15
**law** 32:20 33:11
**lawful** 5:12
**lawsuit** 26:12,18
**learn** 28:1
**learned** 58:8
**leave** 8:2 50:2
**legal** 28:25 29:8
**let's** 9:9 30:8
35:10 45:23
**letters** 22:1,3,3
**level** 9:11 56:17
**license** 13:4
**licensed** 10:14
**licenses** 10:8,13
**Lieutenant** 15:25
**light** 52:14,25
**Lindenwood** 9:20
**line** 14:25
**Linhorst** 38:12
51:14,19 54:3
**Lipina** 54:7,11,14
55:7,8
**list** 33:12,14
**listed** 33:24
**little** 6:14,25 9:9
23:7 27:5,13
36:13 37:4 40:11
42:14 44:19 47:5
**LLC** 3:12 4:21
**LLP** 20:14
**located** 12:11
35:1 44:22 47:25
48:1
**location** 12:8
34:23 35:20
**long** 11:13 12:21
13:25 20:5 25:24
32:10 40:24 41:5
41:23 50:22,25
57:12
**look** 32:2 56:19
**loose** 53:14
**lot** 7:5 37:19 42:25
43:11 55:20,24
56:22
**Louis** 1:9 3:7,13
3:15 4:6,12,22
10:22 13:21
18:19 20:2,6
21:11
**Louis's** 28:1

**M**

**M-A-T-T-H-E-W**
6:1

**M-I-D-D-L-E-T-...**
16:4
**Mobley** 2:4 4:4
**MacArthur** 4:5
**maintain** 13:4
**maintaining** 16:12
**major** 9:22
**making** 16:13
19:13 47:9,10
**man** 41:11
**manage** 21:5,6
**management**
20:23
**mandatory** 16:24
16:24
**mark** 31:11
**marked** 31:14
**Market** 12:13,14
**Matt** 28:18,25
58:19
**matter** 47:10
**Matthew** 1:15
3:10 5:4,11,25
**mean** 37:14 40:6
49:17
**means** 16:22
**meant** 57:4
**measure** 22:7
**media** 9:6
**medium** 52:14
**meeting** 8:12
36:19,22 40:5,8
40:17,21
**member** 21:11,14
21:16 25:22,23
**members** 13:18
28:5
**mention** 11:23
**mentioned** 14:24
55:24
**Metropolitan**
10:22 16:23
18:19 31:8
**middle** 56:13
**Middleton** 15:25
16:3
**military** 21:9
**milling** 55:21
**Mills** 16:2
**mind** 33:19
**minimum** 28:17
**minute** 41:25
**minutes** 51:4 52:7
**misconduct** 25:18
**Missouri** 1:1 3:1
3:13,14 10:16
13:2 60:3,18
**mistake** 18:22
**MO** 3:13 4:6,12,21

4:22 5:6
**Mobley** 2:4 4:4
5:15,19 10:12
11:2 16:5 21:8
22:18 25:1 27:15
27:17 28:21 29:5
29:12,19 30:1,3
31:10,16 40:23
41:17 42:4,11
47:3 49:19,20
53:2,5,9,12,18
56:15 58:23
**moments** 36:6,8
**monitored** 38:17
**monitoring** 53:22
**month** 22:3
**morning** 34:3,21
**Mountain** 21:17
21:20
**move** 29:20 30:9
34:3 38:3 40:2,4
40:9,12 44:6
47:24 52:20
**moved** 37:3,11
40:7,13 43:15,19
45:12,14 47:13
47:25 55:13
**movement** 33:7
**moving** 53:25
**multiple** 26:21
34:20
**municipal** 57:11

**N**

**name** 5:19,23,25
6:1,2 16:1 33:2
54:4
**named** 26:21
**names** 54:8
**near** 35:19 44:11
45:5
**nearest** 37:22
43:7
**necessarily** 37:6
39:17
**need** 7:25 15:6
17:5 24:7 30:14
**needed** 16:17
17:3 38:23
**Needham** 3:13
4:21 5:5 60:2,17
**neither** 60:8
**never** 38:8 45:14
47:12
**new** 24:6
**night** 27:2
**nodding** 7:5
**nonpolice** 39:7

**normal** 6:22
**north** 12:13,13
35:1,3 45:10,16
46:15,16,20,20
47:19 52:3
**northwestern**
14:10
**not-for-profit**
21:22
**notice** 42:8 55:16
**noticed** 47:4,7
55:12
**nulled** 57:17,22
**number** 2:7 12:19
15:21 22:2 26:18
26:20 31:14

**O**

**o'clock** 3:11,11
**object** 27:12
28:24 40:20
49:16 58:17
**Objection** 42:10
46:23
**observant** 55:18
**observations**
42:6
**Obstruct** 32:21
**obtained** 9:24
10:5 40:15
**obviously** 6:15
**occasion** 58:24
**occurred** 36:25
37:2 54:16
**occurring** 35:22
**office** 4:11 15:10
15:12,13,14,18
20:18
**officer** 11:11,14
11:16 12:3,4,5
12:22,25 13:9
18:13 22:3 23:10
24:6 28:22 32:10
32:17,25 33:4
38:9,12 42:7,11
42:16,17 43:16
43:20 46:18 48:9
48:13 49:9 50:7
50:11 51:13,14
51:19,20 54:6,7
55:8,9,17
**officer's** 32:19
**officers** 10:15
12:20 13:2 14:25
15:7 16:11,11,16
16:20 17:3,4,12
17:13 18:1,7,18
19:5 28:6 33:14

35:24 36:11,14
36:22 37:3,7,15
37:21 38:21 39:7
40:13,18 44:21
45:19 47:11,16
47:20 48:2,7
49:12 52:17,17
53:18,21 54:3,4
54:8,13,18,19,20
54:21,22 55:6
56:20 58:15,19
**Officers'** 21:12
**offices** 3:12
**official** 32:19
**Oh** 18:22
**okay** 5:19 6:11 7:9
7:23 8:10,14,16
8:18 9:9 10:24
13:8 14:16,22
18:5 19:2,12,19
22:17 25:1 26:8
26:21 28:20
29:19 30:8,11,14
30:18,22,24 32:2
32:6 34:22 37:25
39:8 40:19 41:14
45:11,23 46:7,10
46:14,17 48:5
53:2,5 55:2
**one's** 19:7
**operations** 20:25
21:4 31:9
**opposed** 15:17
**oral** 23:24
**order** 2:9 13:4
30:6 31:2,3,5,6
**ordered** 45:19
47:4
**ordering** 33:5
43:21
**ordinance** 28:2
29:7,11,13 32:20
**ordinary** 19:3,8
**organization**
21:21,22 57:24
**organizations**
21:15
**outcome** 60:14
**outline** 31:7
**Oversight** 25:15
**overt** 33:2

**P**

**p.m** 5:10 59:10
**P1** 31:11
**paddy** 18:21,23
**page** 2:2,7 30:19
32:3

**Pam** 6:23 7:5
    31:11 41:18
**Pamela** 3:13 4:21
    5:5 60:2,17
**paperwork** 56:7
**paragraph** 32:3,7
**paramedic** 20:4,5
    20:8
**parked** 39:3 46:20
**parking** 43:11
**part** 11:21 12:11
    14:11 15:5 20:23
    31:22 43:17 46:1
    47:8,9 50:8
    56:13
**particular** 18:6
    39:16
**parties** 60:10,13
**parts** 53:25
**PAS** 31:20
**Pat** 5:19 10:11
    11:1 14:8 15:4
    15:11 18:16
    24:11,12,17,19
    27:13 29:18
    31:23 33:21
    39:13,20 43:2,18
    44:9 49:5 50:8
    53:20 57:19
    58:20
**pat.mobley@m...**
    4:7
**patient** 6:16
**Patrick** 4:4
**patrol** 12:3 17:25
    19:3,8 52:3 54:1
**patrolling** 19:9
    53:18
**pay** 22:11,11
    23:20,20
**peace** 10:15 33:10
**pedestrian** 33:9
**pending** 3:13 8:2
    26:18
**people** 55:20,25
    56:22
**percent** 15:20
    16:6,7 58:15
**percentage** 15:16
**performance**
    16:10,10 32:19
**perimeter** 53:19
    53:22 54:1
**person** 33:15,25
    42:17
**personally** 56:9
**personnel** 33:8
**persons** 17:17

**pertaining** 31:3
**pertinent** 16:15
**Peterson** 54:6,10
    54:13 55:6,10
**photograph** 32:8
**physical** 32:24
    44:19
**physically** 44:4
    49:14,17
**piece** 44:1,10
**place** 32:16 34:11
    34:17,18,23
    40:16 47:13
**placed** 52:23
**plaintiff** 1:5,16 2:8
    3:4,15 4:2 5:13
    5:20
**Plaintiff's** 31:14
**Plaintiffs** 5:2
**please** 5:24 8:14
    8:14 15:4 27:8
    31:11 32:14
    41:18 48:17
**plural** 8:25
**PohlmanUSA**
    3:12 4:21
**point** 13:6,8 35:7
    36:14 37:11
    43:12,13,13 47:2
    50:4,20 52:7
    53:23 55:14
**pole** 52:14,25
**police** 8:21 9:3,4
    10:8,13,22 11:5
    11:20,25 12:5,17
    12:19,21,25 13:1
    13:9 14:24,25
    15:7,17 16:14,15
    16:23 18:20,25
    19:20 21:11,17
    21:20,23 24:6
    28:6,22 31:2,4,8
    32:9,17,21 33:13
    33:16,20 34:1
    35:21 36:3 43:7
    44:3 48:3 51:21
    53:15 55:17 56:1
    56:16 57:2 58:12
**policy** 22:21,22,25
    23:1,3,14,17
    24:8
**portion** 41:20
**position** 14:4 23:8
    36:18
**possible** 17:21
    44:7 57:10
**possibly** 36:1
    39:11 56:18

**post** 10:17
**Potentially** 36:1
**preassigned**
    16:25
**prepare** 8:10,19
**presence** 36:8
    40:24 41:7,24
    42:5 47:23
**present** 38:1 54:4
    54:7
**preserve** 44:7
**pretty** 15:21 16:18
    18:11
**primarily** 13:19
**privileged** 8:16
**probably** 16:17
    42:13 52:5 58:13
**probational** 12:3
**probationary**
    11:11,13,16
**problem** 24:21
    53:9
**problems** 6:19
**produced** 3:10
    5:12
**professional**
    21:15 38:21
**promoted** 13:10
    14:5 20:8
**prompted** 43:23
**prosecution**
    57:11
**prosecutor** 57:8
**protect** 52:15
**protected** 33:7
**protects** 28:23
    29:3
**protest** 26:19
**providing** 20:20
**proximity** 43:25
    44:2,5
**public** 25:22,24
    25:24 28:5
**pulling** 29:24
**pursuit** 22:21,22
    23:3,4,9,11,14
**put** 50:17 51:15
    51:21 53:15 56:1

**Q**

**quarterly** 16:10
**question** 7:3,4,10
    7:14,22 8:2,3
    9:14 10:1 11:22
    15:3 17:22 18:11
    18:16 29:15
    31:11 33:21 34:5
    35:9 41:14,22

    42:3 43:2 50:9
    51:10
**questioning**
    26:17 48:22
**questions** 5:15
    7:8,21 33:1 35:9
    53:13 59:3
**quickly** 30:16
**quite** 15:14 16:9
    29:16
**quote/unquote**
    57:8

**R**

**radio** 38:18
**rank** 14:5 20:8
    22:23
**Rarely** 19:18
**read** 32:14 41:17
    41:21
**really** 18:2 48:6
**reask** 7:13
**reason** 8:6 46:22
    47:1 48:8
**reasons** 23:21
**recall** 25:25 28:3,7
    28:11 32:1 35:18
    36:2 37:23 38:24
    42:21 43:9 49:1
    49:13 50:15
    52:13 54:8 56:6
    56:18 57:16
**receive** 31:24
**received** 21:25
    22:2 23:23 27:10
    47:15
**Recess** 53:11
**recognize** 30:12
**record** 5:10,23 7:7
    32:9,14 41:21
    59:7,10
**recorded** 7:6
    45:18
**recording** 31:4
    32:22 33:1,5
    47:22
**reduced** 60:7
**referring** 34:13
    41:12
**refers** 18:20
**regarding** 25:10
    35:11 56:7,10,16
**relate** 27:22 29:6
    29:11
**related** 10:8,13
    31:25 60:9
**relative** 60:11
**relevant** 8:21

**religion** 29:4
**remain** 38:4
**remember** 13:5
    25:4,19,21 26:1
    26:2 27:25 34:7
    36:3 43:22 52:15
    51:18 58:8
**repeat** 15:4,5
    41:14
**rephrase** 7:13
    29:18 49:19
**report** 9:3,4 15:23
    25:18 56:16,19
**reporter** 4:20 5:5
    6:24 9:25 15:2
    16:1 21:3 31:13
    41:19,21,22 42:2
    56:12 60:1,2
**Reporting** 3:12
    4:21
**reports** 8:22,25
    9:2 16:14,14
**represent** 5:20
    34:4,9
**represented** 49:6
    52:14
**reprimand** 23:23
    23:24
**reprimands** 11:17
**request** 17:14
    38:20
**requested** 38:25
    41:20
**required** 13:2
    28:16,16
**resources** 45:18
    47:5 53:25
**respond** 17:12,13
**responded** 35:25
    38:25 47:16
    54:18
**responding** 18:6
    19:5 35:11,13
    38:9,20
**response** 17:24
    43:15,20
**responsibility**
    52:16 53:24
**responsible** 53:21
**rest** 30:15
**retraining** 24:8
**review** 9:6 30:15
**reviews** 16:10,11
**riding** 18:12,17
**right** 6:16,20
    10:20 15:24
    30:12 32:4,8
    33:6 34:19 35:12

37:10 40:8 45:9
45:13 46:12 47:6
48:14 53:3
**rights** 29:3 52:15
**road** 7:21 37:3
**Roderick** 4:5
**role** 16:19,21
**Room** 4:11
**roughly** 12:11
**routine** 12:19
**rules** 31:7
**run** 6:18
**running** 40:14

_____

**S**

**safe** 19:14 52:17
**safety** 32:16 44:7
52:17,18
**saying** 6:25 18:4
37:1 55:3
**says** 5:13 32:7
**scene** 27:2 35:16
36:4 38:1,12
39:6 40:24 41:3
41:6,8,12,23
42:7 46:5,8
49:21,23,24
53:15,19,22 54:2
54:5
**schedule** 17:6
**Science** 9:23 27:7
**screen** 30:4 32:4
**scroll** 29:22 30:7
30:8,14,20,21
**Scrolling** 30:23
**searched** 49:9
51:18
**second** 22:24
30:19
**secondary** 20:10
20:12,19 23:1,17
**section** 32:6
**secured** 37:3
**security** 20:20
**see** 29:22 30:4,5,8
31:16 32:3 35:10
40:15
**sergeant** 5:17
14:5,12,16,20,25
15:14 30:3 38:22
53:12 59:4
**sergeants** 17:19
**serious** 17:18
**served** 21:8
**set** 31:7
**seven** 14:2,3
44:16
**shaking** 7:6

**Shaw** 38:9 51:13
51:20 54:3
**sheets** 16:13
**shootings** 17:15
17:16
**short** 48:17
**shorthand** 5:4
**shortly** 56:23
**show** 30:18
**sick** 22:25 23:16
**sidewalk** 43:11,14
43:15,20 50:17
50:19 52:5
**sign** 31:19
**signature** 5:7 59:9
**sir** 23:22 45:14
56:12 59:5
**situation** 38:15,22
**six** 6:10 25:3
**skimmed** 8:21
**SLMPD** 10:24
11:3,5 19:21,24
21:24 22:4 25:22
27:11
**slowly** 15:7
**Solange** 4:5
**sorry** 6:5 11:21
14:9 15:3 19:10
21:18 35:8,10
36:21 43:19
46:25 48:24
50:24 55:25 56:3
57:5,19
**sort** 11:17 39:1
**sound** 49:4,8
**sounded** 30:11
**sounds** 8:5 17:13
17:23 37:1,2
53:10
**south** 3:12 4:5,22
45:21
**speak** 15:6 42:17
45:24 46:18 47:2
48:13 49:11
50:22
**speaking** 36:22
50:14 57:10
**special** 2:9 30:6
31:2,3,5,6
**specific** 17:6,24
27:13 31:24 35:9
37:19 58:7
**specifically** 13:6
25:20 28:3,7,12
32:25 34:7 35:18
38:16,24 43:9,22
49:23 51:17
52:13 56:18

**speculation** 42:10
46:24 58:18
**speech** 29:4 33:7
**spell** 54:11
**spelled** 6:1,2
**spelling** 5:22,22
**spend** 16:6,7 19:9
19:12
**spoke** 25:6 46:19
48:9 56:22
**spoken** 56:20
58:24
**spot** 37:8 45:16
52:21
**St** 1:9 3:7,13,15
4:6,12,22 10:22
13:21 18:19 20:2
20:6 21:11 28:1
**standing** 43:10
52:4
**start** 5:22 8:3
10:24 11:2
**state** 10:15 13:2
60:3
**statement** 46:1
56:14 58:14
**STATES** 1:1 3:1
3:14
**stating** 5:22
**station** 56:2
**stationery** 44:15
**STIPULATED** 5:1
**Stockley** 26:19
**stolen** 34:16,25
35:11,15 37:25
38:1,6,8 39:2
40:6,7,10,12
44:12,13 45:7,20
47:11,16,25 48:1
52:6
**stop** 30:24
**stopped** 12:2 33:5
**straddling** 55:19
**street** 17:8,11,20
17:24 18:7 19:4
37:17,22 39:3,24
40:3,4 43:10,13
43:19
**strike** 35:23 55:23
55:25
**struck** 17:17
**subject** 33:13,16
**subjects** 35:20
53:24
**subsequent** 27:9
56:4
**sued** 26:13
**Suite** 3:12 4:5,22

**suits** 26:22
**summarize** 27:8
27:14
**supervise** 14:25
23:9 35:13
**supervised** 54:23
**supervises** 57:5
**supervising** 15:7
**supervision** 16:12
**supervisor** 15:24
23:25 56:24 57:1
**supplemental**
17:4
**supports** 21:23
**sure** 5:25 6:19,21
7:16,22 17:3
18:24 19:13
27:15,23 30:17
32:16 34:13 53:4
53:7 57:6
**surroundings**
55:18
**suspect** 23:5 45:5
**suspects** 32:18
36:9,15,16 37:2
37:8,14 39:9,15
40:3,13,14,16,25
41:2,10 44:3,22
45:6 47:11,15,17
47:20 48:3 49:25
50:1 52:12,19
**suspended** 22:9
22:14 23:13,19
25:12
**suspensions** 25:6
**sworn** 3:10 5:12
60:5
**System** 31:20

_____

**T**

**T** 1:15 3:10 5:4,11
**take** 6:24 7:25
13:3 27:19 28:15
30:20 36:16
**taken** 1:16 5:4 6:6
35:20 37:8,10
41:10 52:1,3
60:6,11
**talk** 9:9 27:5 37:4
44:19 45:23
50:25 56:24 57:7
**talked** 8:8 16:25
52:6 57:2,2
**talking** 6:23 35:19
41:9
**tampering** 32:24
**tape** 53:15
**tasks** 16:8 17:8

**team** 20:23
**technical** 6:18
**teenager** 26:7
**telephonically** 4:3
4:9
**tell** 8:14,20 14:22
16:22 31:5 34:11
34:22 36:25
57:14
**telling** 43:16
**ten** 44:16 50:21
**ten-minute** 53:8
**term** 18:20 36:20
**terms** 35:15
**tertiary** 16:21
**testified** 27:6
28:14
**testify** 29:1
**testimony** 44:21
46:11 60:4,6
**thank** 33:12 54:13
55:2,12 59:3
**thanks** 39:8 40:19
**theft** 39:9
**thereto** 60:13
**thieves** 35:4
**thing** 8:1 37:11,13
48:16
**things** 12:19
15:19 21:25
44:20 55:22
**think** 7:23 15:6
24:20 36:6,13
37:6,7,9 38:16
40:22 42:19 46:6
53:12
**thought** 11:24
52:14
**ticket** 26:6,10
**tickets** 26:10
**tie** 53:13
**time** 6:11 12:10
15:16 16:6,7
17:7 19:9,12
22:18,24,25
23:17,19 25:9
30:20 31:17
42:24 45:4,12,24
46:3,11,14,17
47:7 48:7,9
50:14,16 54:24
55:12 57:12
**times** 6:9 25:1,11
26:15 50:1
**today** 5:21 8:7
**today's** 8:11
**told** 24:7
**ton** 13:1

**top** 30:6,18 54:9
   56:3
**total** 20:9
**touch** 50:11
**touched** 38:8
**traffic** 12:18 26:6
   26:10 32:21 33:9
   50:13
**trainers** 11:23
**training** 10:15
   12:24 13:1,3
   16:20,24,24,25
   17:3,4 27:6,9
   31:24 33:19,23
**transcribed** 5:6
**transcript** 2:20
**transferred** 13:14
   14:6
**transported** 56:2
**true** 37:7
**try** 17:19 55:17
**trying** 29:16
**twice** 22:17 45:3
**two** 12:23 13:8,8
   13:12 23:15,18
   25:6,11 35:5,22
   36:9,11 38:5
   41:9 44:23 45:8
   45:10,15,15,16
   45:21 46:16,20
   47:19 56:18
**typewriting** 5:7
   60:8
**Typically** 52:2

**U**

**unable** 30:6
**unclear** 23:7
**undercover** 13:19
**understand** 6:18
   7:10,12 29:16
   40:19 46:4,10
   48:6 55:3
**understanding**
   28:22 33:15
   44:21 50:17
**understood** 7:15
**unfortunately**
   15:15 19:16
**UNITED** 1:1 3:1,13
**University** 9:20
**unnecessarily**
   55:4
**Unreasonably**
   33:7
**unsubstantiated**
   26:3
**updating** 16:12

**V**

**vague** 27:13 49:17
**vaguely** 57:16
   58:5
**van** 44:12,23 45:7
   45:8,13,14,17,20
   46:12,15,20 47:5
   47:11,18,25 48:1
   48:11 49:25
   50:20 52:6,6
   55:13
**Vandeventer**
   12:13
**variables** 18:3
**vehicle** 21:1 34:25
   35:11,15 38:1,6
   38:8 39:2 43:8
   47:16 51:21
**vehicles** 21:6 36:4
   37:14 44:22
**vehicular** 33:9
**verbal** 33:2
**victim** 32:17
**video** 9:6
**videoconference**
   1:14 3:10 5:3
**violate** 23:3 32:20
**violated** 22:20
**violating** 23:14,16
**violation** 22:22,25
   33:11
**virtually** 6:12
**vs** 1:7 3:5

**W**

**W** 4:4
**wagon** 18:21,23
**wait** 7:1,3
**waive** 59:8
**waived** 5:8 59:9
**wake** 58:1 59:1
**want** 6:22 34:3
   40:20 44:17
   53:13 58:13
**wanted** 44:6
**wanting** 27:14
**wasn't** 48:5,23
   57:5
**Watch** 57:25
   58:16,25
**Watch's** 58:9
**watcher** 58:21
**way** 42:9
**ways** 37:4 40:8
   44:19 47:5
**we'll** 53:5 59:8
**we're** 5:21 6:24
   28:16 34:10

   35:19 41:8
**week** 8:13
**Wells** 34:16 35:1,2
   35:3 37:12,17,18
   37:20 38:4 39:4
   41:11 50:13
**went** 47:18,19
   48:4 56:3
**weren't** 11:24
   18:17 38:20
   55:20
**whichever** 56:2
**Whitt** 1:4 3:3,14
   5:20 9:4 34:14
   35:2,17 36:12,17
   37:21 39:21
   41:13 42:8,12,18
   43:8,24,25 44:25
   45:16,18,21
   46:18,19 47:2,4
   47:8,21 48:4,10
   48:14,23,25
   49:11 50:6,10,14
   50:22,25 51:7,18
   52:4,8,9,12,19
   52:24 53:16
   54:16 55:13 56:1
   56:21 57:11 59:2
**Whitt's** 36:8 40:24
   41:7,24 42:5
   47:23 56:16
   57:15 58:1 59:1
**widely** 58:11
**witness** 5:7 10:2
   10:14 11:4 15:4
   16:3 21:5 22:17
   24:12 25:3 27:20
   28:19 29:2,10
   30:5 31:18 32:17
   32:24 40:22
   41:25 42:6,13
   47:1 49:22 53:10
   53:17 56:13
   58:18,20 60:4,6
**words** 21:19
**work** 10:8,13
   11:20,25 15:1,8
   15:10,12,13,15
   15:17,18 16:12
   16:15 19:3,8
   20:1,12,14,16,17
   27:8,21,22 28:5
**worked** 19:24
   20:10
**working** 11:3
   19:20 20:19
   27:10
**wouldn't** 18:22

**wound** 40:17
**written** 23:24
   31:19

**X**

**Y**

**yeah** 6:14 15:6,13
   26:8 29:19 30:3
   35:8 38:11 41:16
   49:19 53:9
**year** 9:16 11:15
   13:3 17:2 28:15
   28:17
**years** 12:23 13:9
   13:13 14:2,3
   20:9 24:5
**Yep** 7:24

**Z**

**0**

**084-002247** 5:6
   60:17

**1**

**1** 2:9 31:14
**1:06** 3:11 5:10
**10** 3:12 4:22 34:6
   34:8,11 52:5
**106** 30:1,2
**1400** 3:12 4:22
**15** 52:5 53:1

**2**

**2** 32:3,7
**2:20** 53:6
**2:25** 53:9
**2:39** 3:11 59:10
**2000** 9:17
**2005** 11:4,8
**2006** 11:9,10
**2016** 34:4
**2017** 9:17
**2020** 1:17 3:11
**24** 28:17,18
**25** 58:15
**254-8540** 4:6

**3**

**30** 55:15
**300** 4:5
**31** 1:17 2:9
**3115** 4:5
**314** 4:6,11,12
**31st** 3:10

**4**

**4:18-CV-1294** 1:7
   3:5
**40** 55:15
**421-0099** 4:23
**44** 12:12
**4th** 19:11,13 54:17
   54:20 55:1

**5**

**5** 2:4
**505** 5:6 60:18
**5th** 14:6,9,10,13
   14:14,20 54:16
   54:20,21,25 55:7
   55:9

**6**

**60** 15:20 16:5,7
**622-4257** 4:12
**63102** 4:22
**63103** 4:12
**63118** 4:6
**6887** 6:3

**7**

**700** 27:20

**8**

**8** 34:4
**877** 4:23

**9**

**9** 12:7,9,10,16,22
   12:25