UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WHITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CV-1294 RLW |
| CITY OF ST. LOUIS, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for Extension of Trial Date. (ECF No. 103). Plaintiff does not consent. After careful consideration, the Court will grant Defendants' Motion.

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Trial Date (ECF No. 103) is **GRANTED**.

**IT IS FURTHER ORDERED** that the July 19, 2021, trial setting and the corresponding deadlines for pretrial compliance materials are **VACATED** and will be reset by the Court at a later date if necessary.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 23rd day of June, 2021.