UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WHITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-CV-1294 RLW |
| ) | |
| CITY OF ST. LOUIS, RYAN J. LINHORST, ) | |
| MATTHEW T. KARNOWSKI, MATTHEW ) | |
| A. SHAW, BOBBY D. BAINE, and DOES ) | |
| 1-3, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of remaining Defendants Ryan J. Linhorst, Matthew T. Karnowski, and Matthew A. Shaw, and against Plaintiff David Whitt, on all of Plaintiff's remaining claims.

Costs are assessed against Plaintiff.

                                                                        */s/ Ronnie L. White*

                                                  **RONNIE L. WHITE**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated this 6th day of July, 2021.