STATE OF MISSOURI – 22nd JUDICIAL DISTRICT
CITY OF ST. LOUIS MUNICIPAL COURT

St. Louis City v. ) Cause No. D00646137-4
)
DAVID WHITT )
)

## NOTICE OF DEPOSITION OF MATTHEW KARNOWSKI

TO: **All counsel of record**

DEPONENT: **Matthew Karnowski**

DATE & TIME: **May 23, 2017 at 3:00 p.m.**

LOCATION: **Office of the City Counselor
1520 Market Street, Suite 1062
St. Louis, MO 63103**

PLEASE TAKE NOTICE that pursuant to Missouri Rules 37.54 and 57.03, and the Court's May 2, 2017 order in the above-captioned matter, the undersigned will take the deposition upon oral examination of the above individual at the time and date specified. The deposition will take place before a person authorized by law to administer oaths, pursuant to Missouri Rule 57.03(d), and will continue from day to day, excluding Sundays and court-recognized holidays, until the examination is completed. The deposition will be recorded via stenographic means.

Respectfully submitted,

Mae C. Quinn, Bar No. 61584

Amy E. Breihan, Bar No. 65499

MacArthur Justice Center at St. Louis
3115 South Grand Blvd, Suite 300
Saint Louis, MO 63118
(314) 254-8540 (office)
(314) 254-8547 (fax)
mae.quinn@macarthurjustice.org
amy.breihan@macarthurjustice.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2017 a true and correct copy of the foregoing was served via e-mail and U.S. Mail to the following counsel of record for the City of St. Louis:

Craig Higgins
Donald Dylewski
Office of the City Counselor
1520 Market Street, Suite 1062
St. Louis, MO 63103
higginsc@stlouis-mo.gov
dylewskid@stlouis-mo.gov

*Amy E. Breihan*

Amy E. Breihan